UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
IN CLERK'S OFFICE

DOCKET NO.

U.S. DISTRICT COURT
DISTRICT OF MASS

PINE CONE HILL, INCORPORATED, )
    Plaintiff                    )
                                )
v.                            )  04-30047-MAP
                                )
TRIAD CATALOG CO., L.L.C.     )
d/b/a SOFT SURROUNDINGS,       )
    Defendants                 )

**VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTION FOR COPYRIGHT INFRINGEMENT**
**JURY TRIAL DEMANDED**

FILING FEE PAID:
RECEIPT # 305534
AMOUNT $ 150.00
BY DPTY CLK [illegible]
DATE 3/4/04

PRELIMINARY STATEMENT

1.  This is an action brought by the Plaintiff Pine Cone Hill, Incorporated ("Pine Cone Hill"), against the Defendant, Triad Catalog Co., L.L.C. d/b/a Soft Surroundings ("Triad"), for copyright infringement and other causes of action resulting from the unlawful use and copying of constituent elements of a quilt entitled, "Bonnie," "Bonnie Floral Print" and "Bonnie Back Print" (collectively "The Work" or "Bonnie Prints") designed and created by the Plaintiff, Pine Cone Hill, in violation of the exclusive rights of Pine Cone Hill (as holder of the copyright in The Work) under Section 106 of the Copyright Act of 1976, Title 17, Unites States Code.

## JURISDICTION AND VENUE

2. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. § 101 et seq. ("The Copyright Act"), false designations of origin under the Lanham Act, § 43(a), 15 U.S.C. § 1125(a) and related claims for misappropriation, unfair competition, and unfair and deceptive acts or practices. This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a), 15 U.S.C. § 1121, and its pendant jurisdiction.

3. Venue is proper in this district under 28 U.S.C., § 1400(a).

## PARTIES

4. Pine Cone Hill is a Massachusetts Corporation having a principal place of business at 241 West Housatonic Street, Pittsfield, MA 01201.

5. Triad is a Missouri Limited Liability Company having a principal place of business at 2025 Concourse Drive, St. Louis Missouri 63146, doing business in Massachusetts.

6. Triad owns, operates and does business as Soft Surroundings, which is engaged in catalogue sales.

## COUNT I
### CLAIM FOR RELIEF
(COPYRIGHT INFRINGEMENT, 17 U.S.C., § 501 ET SEQ.)

7. Pine Cone Hill is a designer, manufacturer and importer of quilts and other materials and holds copyrights to a great number of its products.

8. "Bonnie", "Bonnie Floral Print" and "Bonnie Back Print" were first offered for sale in the United States and throughout the world on February 15, 2001.

9. The Plaintiff, Pine Cone Hill, complied in all respects with the requirements of the Copyright Act and applied for and received from the Register of Copyrights, Certificate of Registration Numbers VA1-219-551, and VA1-219-550 attached hereto as Exhibit A, for the works "Bonnie Floral Print" and "Bonnie Back Print," the Registrations were obtained in the name of the Plaintiff, Pine Cone Hill, Incorporated and are dated July 14, 2003.

10. From the time of its creation, the Plaintiff was and still is the owner of the Copyright in the Bonnie Prints as shown at Exhibit A.

11. On or about April 2001, the Plaintiff began to sell and distribute its "Bonnie" quilt to the Defendant for sale in

the Defendant's Soft Surroundings catalog under the name "Martha's Vineyard Bedding".

12. Shortly after providing the "Bonnie" quilt and the "Bonnie Prints" to the Defendant, the Defendant, unbeknownst to the Plaintiff, copied the Plaintiff's "Bonnie Prints" and caused the Plaintiff's quilt to be manufactured elsewhere without authorization or license from the Plaintiff.

13. The Defendant continued to sell the "Martha's Vineyard Bedding" quilt in its Soft Surroundings catalog "palming" it off as the Plaintiff's "Bonnie" quilt.

14. With no authorization from Pine Cone Hill, Triad, through itself and Soft Surroundings, has caused to be manufactured, has sold and is causing to be distributed, a quilt entitled, "Martha's Vineyard Bedding" that is a copy of, and bears constituent elements of the Plaintiff's Work "Bonnie Prints," that are not original.

15. With no authorization from Pine Cone Hill, Triad, through itself and Soft Surroundings, has caused to be copied Plaintiff's Work, "Bonnie Floral Print" and "Bonnie Back Print", and constituent elements thereof, that are original, and that were designed and created by Pine Cone Hill.

16. The Defendant has passed off the design of Plaintiff's "Bonnie Prints" as its own.

4

17. The Defendant's quilt labeled, "Martha's Vineyard Bedding," is the same or substantially similar to protectable elements of Plaintiffs' Work, "Bonnie Prints."

18. The Defendant's quilt labeled, "Martha's Vineyard Bedding," is an actual copy of Plaintiff's Work, "Bonnie Prints."

19. The Defendant's "Martha's Vineyard Bedding" quilt, or portions thereof, is an exact copy of portions of the Plaintiff's "Bonnie Prints" quilt.

20. The Defendant had access to Plaintiff's design and quilt, and Defendant's quilt, "Martha's Vineyard Bedding," contains substantial similarities that are probative of copying.

21. The Defendant, its agents, servants, employees, and persons for whom it is legally responsible, had access to Plaintiff's design and quilt, and Defendant's quilt contains substantial similarities to Plaintiff's quilt that are probative of copying.

22. On information and belief, the Defendant has derived substantial revenues from the sale of its "Martha's Vineyard Bedding" quilt and, unless enjoined by this Court, will continue to cause them to be manufactured and distributed and to derive revenue from their sale. On information and belief, the Defendant's conduct alleged herein is and has been willful.

5

23. As a consequence of Defendant's unauthorized conduct, the Plaintiff is suffering irreparable harm, and has sustained and continues to sustain, monetary damages.

24. By virtue of the foregoing circumstances, the Defendant has infringed on Pine Cone Hill's exclusive rights under 17 U.S.C., § 106, of the Copyright Act of 1976, and is an infringer within the meaning of 17 U.S.C., § 501(a).

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated demands:

1. That the Defendant, Triad Catalog Co., L.L.C., its officers, agents, servants, employees, and all other persons acting under their permission and authority, or in active concert or participation with them, including Soft Surroundings be enjoined and restrained during the pendency of this action, and permanently, from infringing in any manner the "Bonnie", "Bonnie Floral Print" or "Bonnie Back Print", or on the above copyright and from causing to be manufactured or distributed, and from publishing, selling or marketing "Martha's Vineyard Bedding," the Infringing Goods or any other product with the same design;

2. That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all actual damages of the Plaintiff, and profits derived by the Defendant attributable to its "Martha's Vineyard Bedding,"

and Defendant's infringement of the above copyright pursuant to 17 U.S.C., § 504(b);

3. That the Defendant, Triad Catalog Co., L.L.C., be ordered to pay damages for each claim of infringement pursuant to 17 U.S.C. § 504; and

4. Judgment against the Defendant, Triad Catalog Co., L.L.C., for:

(a) Plaintiff's actual damages pursuant to 17 U.S.C., § 504(b); and

(b) Statutory damages pursuant to 17 U.S.C., § 504(c), including damages awardable on a finding that the above infringement was committed willfully; and

(c) Costs and reasonable attorney's fees pursuant to 17 U.S.C., § 505; and

(d) Such other further relief as is just.

## COUNT II
### (MISAPPROPRIATION)

25. The Plaintiff incorporates herein Paragraphs 1 through 24 above, as if fully set forth herein.

26. The Defendant, Triad, has misappropriated the design of Pine Cone Hill's quilt "Bonnie" when the Defendant used constituent elements of Pine Cone Hill's design in its "Martha's Vineyard Bedding" quilt without authorization and for its own profit.

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1. That the Defendant, Triad Catalog Co., L.L.C., its officers, agents, servants, employees, and all other persons in active concert or participation with them, be enjoined during the pendency of this action, and permanently, from causing to be manufactured or distributed, and from publishing, selling or marketing "Martha's Vineyard Bedding," the Infringing Goods, or any other product with the same design; and

2. That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all profits derived by the Defendant attributable to the sale of its "Martha's Vineyard Bedding," and Defendant's misappropriation of the Plaintiff's design; and

3. Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and losses sustained, plus interest, costs, and reasonable attorney's fees.

COUNT III
(UNFAIR COMPETITION)

27. The Plaintiff incorporates herein Paragraphs 1 through 26 above, as if fully set forth herein.

28. By copying constituent elements of Plaintiff's work "Bonnie Prints" without authorization and for its own profit, the Defendant, Triad, has engaged in unfair methods of competition.

29. The Defendant's bad faith misappropriation of constituent elements of Pine Cone Hill's design of its "Bonnie Prints" quilt is likely to cause confusion and/or deceive purchasers in the market place as to the origin of the Defendant's quilts.

30. The Defendant, Triad, through its acts or omissions, has proximately caused a misappropriation of the Plaintiff's quilt, "Bonnie Prints."

31. The Defendant's conduct, as set forth herein, was done in bad faith, knowing that the design of the quilt the Defendant sold as "Martha's Vineyard Bedding" was a copy of the Plaintiff's "Bonnie Prints" quilt.

32. The Defendant's actual misappropriation of Plaintiff's quilt design, was a misappropriation of Plaintiff's exclusive property, which caused harm to Pine Cone Hill by virtue of a decrease in sales of Pine Cone Hill's "Bonnie Prints" quilt.

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1. That the Defendant, Triad Catalog Co., L.L.C., its officers, agents, servants, employees, and all other persons in

active concert or participation with them, be enjoined during the pendency of this action, and permanently, from causing to be manufactured or distributed, and from publishing, selling or marketing "Martha's Vineyard Bedding," the Infringing Goods or any other product with the same design; and

2. That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all profits derived by the Defendant attributable to the sale of its "Martha's Vineyard Bedding," and Defendant's unfair competition; and

3. Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and losses sustained, plus interest, costs, and reasonable attorney's fees.

## COUNT IV
(FALSE DESIGNATION OF ORIGIN)

33. The Plaintiff incorporates herein Paragraphs 1 through 32 above, as if fully set forth herein.

34. The Defendant has falsely designated the origin of its "Martha's Vineyard Bedding" Quilt claiming it to be of its own design and creation when, in fact, it was designed and created by the Plaintiff.

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1. That the Defendant, Triad Catalog Co., L.L.C., its agents, servants and employees and all persons acting under its supervision and authority be enjoined and restrained from falsely designating the origin of the "Martha's Vineyard Bedding" Quilt in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and that the Defendant should be ordered to pay damages, costs and attorney's fees for the violations of § 43(a) of the Lanham Act pursuant to 15 U.S.C. 117; and

2. Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and losses sustained, plus interest, costs, and reasonable attorney's fees.

## COUNT IV
(M.G.L. c. 93A, UNFAIR AND DECEPTIVE ACTS AND PRACTICES)

35. The Plaintiff incorporates herein Paragraphs 1 through 34 above, as if fully set forth herein.

36. At all times relevant hereto, the Defendant, Triad, was engaged in trade or commerce in the Commonwealth of Massachusetts.

37. At all times relevant hereto, the Plaintiff, Pine Cone Hill, was engaged in trade or commerce in the Commonwealth of Massachusetts.

38. The acts of the Defendant in copying constituent elements of Plaintiff's design, "Bonnie", "Bonnie Floral Print" and "Bonnie Back Print" and offering the same for sale as its own in its "Martha's Vineyard Bedding" quilt, without authorization and for profit, constitute unfair and deceptive acts and trade practices under M.G.L. c. 93A, § 11.

39. The acts of the Defendant as otherwise described herein constitute unfair and deceptive acts and trade practices under M.G.L. c. 93A, § 11.

40. The Defendant's conduct in disputing origination of its "Martha's Vineyard Bedding" design, and acquisition of constituent elements of Plaintiff's "Bonnie Prints" design without payment, by unfair or deceptive means, was an unfair and deceptive trade practice as defined under M.G.L. c. 93A and has attainted a level of rascality that is unlawful.

41. The actions of the Defendant as described herein were performed willfully and knowingly.

42. As a result of the above-described unfair and deceptive acts or practices as described herein, the Plaintiff sustained damages, including but not limited to, lost sales and profits.

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1. That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all profits derived by the Defendant attributable to the sale of its "Martha's Vineyard Bedding," and Defendant's unfair competition; and

2. Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and losses sustained, plus interest, costs, and reasonable attorney's fee, and treble the amount of damages pursuant to M.G.L. c. 93A.

PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES.

Dated: 3-3-04

RESPECTFULLY SUBMITTED
THE PLAINTIFFS
By their attorneys,

Michael D. Hashim, Jr., Esq.
BBO No. 225220

Kenneth P. Ferris, Esq.
BBO No. 556627

HASHIM & SPINOLA
82 Wendell Avenue
Pittsfield, MA 01201
Tel. (413) 499-1304

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

I, Christian Selke, President of Pine Cone Hill, Incorporated, duly sworn, do depose and say that Pine Cone Hill, Incorporated is the Plaintiff in this action and that I have read the foregoing Verified Complaint for injunctive relief and damages, and hereby state that the allegations contained therein are true to the best of my knowledge, information and belief. I believe that all of the allegations in the Verified Complaint are true.

Sworn and subscribed to under the pains and penalties of perjury, this ___3rd___ day of __March__, 2004.

PINE CONE HILL, INCORPORATED

BY_____
Christian Selke
Its President

MDH,JR:lmq
Pine Cone Hill\copyright complaint

14

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-219-551**

7-14-03
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**
**TITLE OF THIS WORK ▼**
Bonnie Floral Print

**NATURE OF THIS WORK ▼** See Instructions
Fabric Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2 a**
**NAME OF AUTHOR ▼**
Pine Cone Hill Incorporated

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
       Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP**   Check appropriate box(es).   See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2 Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
       Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP**   Check appropriate box(es).   See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**3**
**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2000 ◀ Year   in all cases.

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ February   Day ▶ 15   Year ▶ 2001

---

**4**
**COPYRIGHT CLAIMANT(S)**  Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Pine Cone Hill Incorporated
241 West Housatonic Street
Pittsfield Massachusetts 01201

APPLICATION RECEIVED
JUL 14 2003
ONE DEPOSIT RECEIVED
JUL 14 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is Yes, why is another registration being sought? (Check appropriate box)▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes, give   Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
a Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work   Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP▼
Lee Palmateer Esq
Heslin Rothenberg Farley & Mesiti P C
Albany New York 12203
Email  lp@hrfmlaw com

Area Code and Telephone Number ▶  Tel (518) 452 5600  Fax (518) 452 5579

**CERTIFICATION*** I the undersigned hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Pine Cone Hill Incorporated
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge
Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Michael D Hashim, Jr                                              Date ▶ 7/9/2003

Handwritten signature (X) ▼

| MAIL CERTIFICATE TO | Name ▼ Heslin Rothenberg Farley & Mesiti P C   Lee Palmateer Esq |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ 5 Columbia Circle |
| | City/State/ZIP ▼ Albany New York 12203 |

**9**

• Complete all necessary spaces
• Sign your application in space 8
1 Application form
2 Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

17 U S C section 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Legal Iter 1999

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-219-550

7-14-03
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼
Bonnie Back Print

NATURE OF THIS WORK ▼ See Instructions
Fabric Design

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
Pine Cone Hill Incorporated

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP   Check appropriate box(es)   See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Check appropriate box(es)   See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2000 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ February   Day ▶ 15   Year ▶ 2001

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Pine Cone Hill Incorporated
241 West Housatonic Street
Pittsfield Massachusetts 01201

APPLICATION RECEIVED
JUL 14 2003
ONE DEPOSIT RECEIVED
JUL 14 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☒ No If your answer is Yes, why is another registration being sought? (Check appropriate box)▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
a Preexisting Material    Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

b Material Added to This Work    Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                                  Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP▼
Lee Palmateer Esq
Heslin Rothenberg Farley & Mesiti P C
Albany New York 12203
Email lp@hrfmlaw com
Area Code and Telephone Number ▶ Tel (518) 452 5600  Fax (518) 452 5579

**CERTIFICATION*** I, the undersigned hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    Pine Cone Hill Incorporated
Name of author or other copyright claimant or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge
Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Christian Selke   Michael D Hashim, Jr                                  Date ▶ 7/9/2003
Handwritten signature (X) ▼

| MAIL CERTIFICATE TO | Name ▼ Heslin Rothenberg Farley & Mesiti P C    Lee Palmateer Esq |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ 5 Columbia Circle |
| | City/State/ZIP ▼ Albany New York 12203 |

**9**

17 U S C section 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Legal Star 1999