**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PINE CONE HILL, INCORPORATED,<br><br>        Plaintiff,<br><br>        v.<br>TRIAD CATALOG CO., L.L.C.<br>d/b/a SOFT SURROUNDINGS,<br><br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 04-30047-MAP |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**

    Undersigned counsel hereby files their appearance in this action on behalf of Defendant Triad Catalog Co., L.L.C., d/b/a Soft Surroundings,.

Dated: April 23, 2004

TRIAD CATALOG CO., L.L.C.
d/b/a SOFT SURROUNDINGS,

By its attorneys,

/s/  Robert L. Kann
Robert L. Kann, BBO # 258025
John F. Ward, BBO #646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
rkann@bromsun.com
jward@bromsun.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a copy of the foregoing by first class U.S. Mail, postage prepaid, this 23rd day of April, 2004, upon the following:

Michael D. Hashim  
Kenneth P. Ferris  
HASHIM & SPINOLA  
82 Wendell Avenue  
Pittsfiled, MA 01201

                                        /s/ Robert L. Kann_____  
                                        Robert L. Kann

02886/00501   307059.1