## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PINE CONE HILL, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br>TRIAD CATALOG CO., L.L.C.<br>d/b/a SOFT SURROUNDINGS,<br><br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 04-30047-MAP |

### <u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to the Court's Local Rule 7.3(A), Defendant Triad Catalog Co., L.L.C., d/b/a Soft Surroundings, states that it has no parent corporation. No publicly held company owns 10% or more of defendant's stock.

Dated:  April 23, 2004       TRIAD CATALOG CO., L.L.C.
d/b/a SOFT SURROUNDINGS,

By its attorneys,


/s/   Robert L. Kann
Robert L. Kann, BBO # 258025
John F. Ward, BBO #646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
rkann@bromsun.com
jward@bromsun.com

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing by first class U.S. Mail, postage prepaid, this 23rd day of April, 2004, upon the following:

Michael D. Hashim
Kenneth P. Ferris
HASHIM & SPINOLA
82 Wendell Avenue
Pittsfiled, MA  01201

/s/  Robert L. Kann_____
Robert L. Kann

02886/00501  307058.1