UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| PINE CONE HILL, INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 04-30047-MAP |
| | ) | |
| TRIAD CATALOG CO., L.L.C. | ) | |
| d/b/a SOFT SURROUNDINGS, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF STEPHEN C. JONES

I, Stephen C. Jones, declare as follows:

1.      My name is Stephen C. Jones.  I am a partner with the law firm of

Armstrong Teasdale LLP.  My business address is One Metropolitan Square, Suite 2600,

St. Louis, MO, 63102.

2.      I have personal knowledge of the facts stated herein.

3.      I am familiar with Triad Catalog Co., L.L.C. ("Triad"), the defendant in

the above-captioned lawsuit.  I am the registered agent for Triad, and either I or one of

my partners has been such since its inception.  My home address in St. Louis County,

Missouri, which is the address I have used as Triad's registered agent, is 918 Tirrill

Farms Road, St. Louis, MO 63124.

4.      On Saturday, March 27, 2004, I returned home from a two-week vacation

with my family.  At that time, I reviewed two weeks' worth of mail that had arrived

during my absence.  Included in that mail were two letters relating to the above-captioned lawsuit.  I opened those letters at my office on the following Monday, March 29, 2004.

5.    The first letter had apparently been sent to me by regular first-class mail. Copies of this letter, and the envelope in which it arrived, are both attached hereto as Exhibit A.

6.    The second letter had apparently been sent by certified mail, with a requested return receipt.  However, the return receipt card (the green card customarily attached to letters of that kind) was still with the mail along with the post office notice of a certified letter.  The letter carrier had left the certified letter in my mailbox without getting my signature on the green card.  Upon opening this mail, I did not sign or mail the green card because the mailman had filled in the date of delivery box with the date of 3/15 when in fact I was out of state on that date and did not return to Missouri and first see the envelope until, as stated above, my return on March 27, 2004.  Copies of this letter, both sides of the envelope in which it arrived (including the unsigned green card), and the post office notice of certified mail, are all attached hereto as Exhibit B.

7.    I first became aware of the existence of the above-captioned lawsuit on March 29, when I opened these two letters, both of which I had received on March 27.

8.    I have received no personal service of the lawsuit or any notice of it other than these two letters.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 21, 2004.


                                        _____
                                        Stephen C. Jones

2



# HASHIM & SPINOLA

ATTORNEYS AT LAW

82 WENDELL AVENUE

PITTSFIELD, MASSACHUSETTS 01201

CYNTHIA A. SPINOLA

MICHAEL D. HASHIM, JR

KENNETH P. FERRIS

TELEPHONE (413) 499-1304

TELECOPIER (413) 445-7852

DOROTHY MARA
OF COUNSEL

CERTIFIED MAIL and
FIRST-CLASS MAIL

March 11, 2004

Triad Catalog Co., LLC
C/o Stephen C. Jones, Resident Agent
918 Tirrill Farms Road
St. Louis, MO 63124

RE:  Pine Cone Hill, Incorporated v. Triad Catalog Co., LLC d/b/a
     Soft Surroundings
     U.S. District Court, District of Massachusetts
     Civil Action No. 04-30047-MAP

Dear Mr. Jones:

     Enclosed please find in connection with the above-captioned
matter the following documents which we are serving upon you as
resident agent for the Defendant at this time:

     1.   Summons;
     2.   Complaint;
     3.   Civil Action Cover Sheet; and
     4.   Category Sheet.

     Please be advised that the Defendant or its attorney must
file an Answer to this Complaint with the U.S. District Court for
the District of Massachusetts, Western Division, within 20 days of
your receipt of this correspondence.

     Trusting you will guide yourself accordingly in this regard,
I am

                              Very truly yours,



                              Michael D. Hashim, Jr.

MDH,JR:lmg
Enclosures

CERTIFIED MAIL
RETURN RECEIPT NO.  7003 1010 0004 5819 6881

# United States District Court

WESTERN DIVISION ———————— DISTRICT OF ———— MASSACHUSETTS

PINE CONE HILL, INCORPORATED
    Plaintiff

         V.

TRIAD CATALOG CO., L.L.C. d/b/a
SOFT SURROUNDINGS,
    Defendant

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 04-30047-MAP

TO: (Name and address of defendant)    TRIAD CATALOG CO., L.L.C.
C/O STEPHEN C. JONES, AGENT
918 TIRRILL FARMS ROAD
ST. LOUIS, MO

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL D. HASHIM, JR., ESQ. OF HASHIM & SPINOLA
82 WENDELL AVENUE, PITTSFIELD, MA 01201

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
_____
CLERK

_Mai Chimolsong_
(BY) DEPUTY CLERK

DATE  _3/10/04_

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                          Signature of Server

                                         _____
                                         Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

DOCKET NO.

PINE CONE HILL, INCORPORATED, )
     Plaintiff           )
                          )
     v.                   )
                          )
TRIAD CATALOG CO., L.L.C.   )
d/b/a SOFT SURROUNDINGS,    )
     Defendants         )

## VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTION FOR COPYRIGHT INFRINGEMENT
## JURY TRIAL DEMANDED

### PRELIMINARY STATEMENT

1.   This is an action brought by the Plaintiff Pine Cone Hill, Incorporated ("Pine Cone Hill"), against the Defendant, Triad Catalog Co., L.L.C. d/b/a Soft Surroundings ("Triad"), for copyright infringement and other causes of action resulting from the unlawful use and copying of constituent elements of a quilt entitled, "Bonnie," "Bonnie Floral Print" and "Bonnie Back Print" (collectively "The Work" or "Bonnie Prints") designed and created by the Plaintiff, Pine Cone Hill, in violation of the exclusive rights of Pine Cone Hill (as holder of the copyright in The Work) under Section 106 of the Copyright Act of 1976, Title 17, Unites States Code.

## JURISDICTION AND VENUE

2.  This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. § 101 et seq. ("The Copyright Act"), false designations of origin under the Lanham Act, § 43(a), 15 U.S.C. § 1125(a) and related claims for misappropriation, unfair competition, and unfair and deceptive acts or practices. This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a), 15 U.S.C. § 1121, and its pendant jurisdiction.

3.  Venue is proper in this district under 28 U.S.C., § 1400(a).

## PARTIES

4.  Pine Cone Hill is a Massachusetts Corporation having a principal place of business at 241 West Housatonic Street, Pittsfield, MA 01201.

5.  Triad is a Missouri Limited Liability Company having a principal place of business at 2025 Concourse Drive, St. Louis Missouri 63146, doing business in Massachusetts.

6.  Triad owns, operates and does business as Soft Surroundings, which is engaged in catalogue sales.

2

COUNT I
CLAIM FOR RELIEF
(COPYRIGHT INFRINGEMENT, 17 U.S.C., § 501 ET SEQ.)

7.  Pine Cone Hill is a designer, manufacturer and importer of quilts and other materials and holds copyrights to a great number of its products.

8.  "Bonnie", "Bonnie Floral Print" and "Bonnie Back Print" were first offered for sale in the United States and throughout the world on February 15, 2001.

9.  The Plaintiff, Pine Cone Hill, complied in all respects with the requirements of the Copyright Act and applied for and received from the Register of Copyrights, Certificate of Registration Numbers VA1-219-551, and VA1-219-550 attached hereto as Exhibit A, for the works "Bonnie Floral Print" and "Bonnie Back Print," the Registrations were obtained in the name of the Plaintiff, Pine Cone Hill, Incorporated and are dated July 14, 2003.

10. From the time of its creation, the Plaintiff was and still is the owner of the Copyright in the Bonnie Prints as shown at Exhibit A.

11. On or about April 2001, the Plaintiff began to sell and distribute its "Bonnie" quilt to the Defendant for sale in

3

the Defendant's Soft Surroundings catalog under the name "Martha's Vineyard Bedding".

12. Shortly after providing the "Bonnie" quilt and the "Bonnie Prints" to the Defendant, the Defendant, unbeknownst to the Plaintiff, copied the Plaintiff's "Bonnie Prints" and caused the Plaintiff's quilt to be manufactured elsewhere without authorization or license from the Plaintiff.

13. The Defendant continued to sell the "Martha's Vineyard Bedding" quilt in its Soft Surroundings catalog "palming" it off as the Plaintiff's "Bonnie" quilt.

14. With no authorization from Pine Cone Hill, Triad, through itself and Soft Surroundings, has caused to be manufactured, has sold and is causing to be distributed, a quilt entitled, "Martha's Vineyard Bedding" that is a copy of, and bears constituent elements of the Plaintiff's Work "Bonnie Prints," that are not original.

15. With no authorization from Pine Cone Hill, Triad, through itself and Soft Surroundings, has caused to be copied Plaintiff's Work, "Bonnie Floral Print" and "Bonnie Back Print", and constituent elements thereof, that are original, and that were designed and created by Pine Cone Hill.

16. The Defendant has passed off the design of Plaintiff's "Bonnie Prints" as its own.

4

17. The Defendant's quilt labeled, "Martha's Vineyard Bedding," is the same or substantially similar to protectable elements of Plaintiffs' Work, "Bonnie Prints."

18. The Defendant's quilt labeled, "Martha's Vineyard Bedding," is an actual copy of Plaintiff's Work, "Bonnie Prints."

19. The Defendant's "Martha's Vineyard Bedding" quilt, or portions thereof, is an exact copy of portions of the Plaintiff's "Bonnie Prints" quilt.

20. The Defendant had access to Plaintiff's design and quilt, and Defendant's quilt, "Martha's Vineyard Bedding," contains substantial similarities that are probative of copying.

21. The Defendant, its agents, servants, employees, and persons for whom it is legally responsible, had access to Plaintiff's design and quilt, and Defendant's quilt contains substantial similarities to Plaintiff's quilt that are probative of copying.

22. On information and belief, the Defendant has derived substantial revenues from the sale of its "Martha's Vineyard Bedding" quilt and, unless enjoined by this Court, will continue to cause them to be manufactured and distributed and to derive revenue from their sale. On information and belief, the Defendant's conduct alleged herein is and has been willful.

5

23. As a consequence of Defendant's unauthorized conduct, the Plaintiff is suffering irreparable harm, and has sustained and continues to sustain, monetary damages.

24. By virtue of the foregoing circumstances, the Defendant has infringed on Pine Cone Hill's exclusive rights under 17 U.S.C., § 106, of the Copyright Act of 1976, and is an infringer within the meaning of 17 U.S.C., § 501(a).

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated demands:

1. That the Defendant, Triad Catalog Co., L.L.C., its officers, agents, servants, employees, and all other persons acting under their permission and authority, or in active concert or participation with them, including Soft Surroundings be enjoined and restrained during the pendency of this action, and permanently, from infringing in any manner the "Bonnie", "Bonnie Floral Print" or "Bonnie Back Print", or on the above copyright and from causing to be manufactured or distributed, and from publishing, selling or marketing "Martha's Vineyard Bedding," the Infringing Goods or any other product with the same design;

2. That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all actual damages of the Plaintiff, and profits derived by the Defendant attributable to its "Martha's Vineyard Bedding,"

and Defendant's infringement of the above copyright pursuant to 17 U.S.C., § 504(b);

3. That the Defendant, Triad Catalog Co., L.L.C., be ordered to pay damages for each claim of infringement pursuant to 17 U.S.C. § 504; and

4. Judgment against the Defendant, Triad Catalog Co., L.L.C., for:

(a) Plaintiff's actual damages pursuant to 17 U.S.C., § 504(b); and

(b) Statutory damages pursuant to 17 U.S.C., § 504(c), including damages awardable on a finding that the above infringement was committed willfully; and

(c) Costs and reasonable attorney's fees pursuant to 17 U.S.C., § 505; and

(d) Such other further relief as is just.

COUNT II
(MISAPPROPRIATION)

25. The Plaintiff incorporates herein Paragraphs 1 through 24 above, as if fully set forth herein.

26. The Defendant, Triad, has misappropriated the design of Pine Cone Hill's quilt "Bonnie" when the Defendant used constituent elements of Pine Cone Hill's design in its "Martha's Vineyard Bedding" quilt without authorization and for its own profit.

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1.    That the Defendant, Triad Catalog Co., L.L.C., its officers, agents, servants, employees, and all other persons in active concert or participation with them, be enjoined during the pendency of this action, and permanently, from causing to be manufactured or distributed, and from publishing, selling or marketing "Martha's Vineyard Bedding," the Infringing Goods, or any other product with the same design; and

2.    That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all profits derived by the Defendant attributable to the sale of its "Martha's Vineyard Bedding," and Defendant's misappropriation of the Plaintiff's design; and

3.    Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and losses sustained, plus interest, costs, and reasonable attorney's fees.

## COUNT III
## (UNFAIR COMPETITION)

27.    The Plaintiff incorporates herein Paragraphs 1 through 26 above, as if fully set forth herein.

8

28. By copying constituent elements of Plaintiff's work "Bonnie Prints" without authorization and for its own profit, the Defendant, Triad, has engaged in unfair methods of competition.

29. The Defendant's bad faith misappropriation of constituent elements of Pine Cone Hill's design of its "Bonnie Prints" quilt is likely to cause confusion and/or deceive purchasers in the market place as to the origin of the Defendant's quilts.

30. The Defendant, Triad, through its acts or omissions, has proximately caused a misappropriation of the Plaintiff's quilt, "Bonnie Prints."

31. The Defendant's conduct, as set forth herein, was done in bad faith, knowing that the design of the quilt the Defendant sold as "Martha's Vineyard Bedding" was a copy of the Plaintiff's "Bonnie Prints" quilt.

32. The Defendant's actual misappropriation of Plaintiff's quilt design, was a misappropriation of Plaintiff's exclusive property, which caused harm to Pine Cone Hill by virtue of a decrease in sales of Pine Cone Hill's "Bonnie Prints" quilt.

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1. That the Defendant, Triad Catalog Co., L.L.C., its officers, agents, servants, employees, and all other persons in

active concert or participation with them, be enjoined during the pendency of this action, and permanently, from causing to be manufactured or distributed, and from publishing, selling or marketing "Martha's Vineyard Bedding," the Infringing Goods or any other product with the same design; and

2.    That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all profits derived by the Defendant attributable to the sale of its "Martha's Vineyard Bedding," and Defendant's unfair competition; and

3.    Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and losses sustained, plus interest, costs, and reasonable attorney's fees.

COUNT IV
(FALSE DESIGNATION OF ORIGIN)

33.    The Plaintiff incorporates herein Paragraphs 1 through 32 above, as if fully set forth herein.

34.    The Defendant has falsely designated the origin of its "Martha's Vineyard Bedding" Quilt claiming it to be of its own design and creation when, in fact, it was designed and created by the Plaintiff.

10

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1.    That the Defendant, Triad Catalog Co., L.L.C., its agents, servants and employees and all persons acting under its supervision and authority be enjoined and restrained from falsely designating the origin of the "Martha's Vineyard Bedding" Quilt in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and that the Defendant should be ordered to pay damages, costs and attorney's fees for the violations of § 43(a) of the Lanham Act pursuant to 15 U.S.C. 117; and

2.    Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and losses sustained, plus interest, costs, and reasonable attorney's fees.

COUNT IV
(M.G.L. c. 93A, UNFAIR AND DECEPTIVE ACTS AND PRACTICES)

35.    The Plaintiff incorporates herein Paragraphs 1 through 34 above, as if fully set forth herein.

36.    At all times relevant hereto, the Defendant, Triad, was engaged in trade or commerce in the Commonwealth of Massachusetts.

11

37. At all times relevant hereto, the Plaintiff, Pine Cone Hill, was engaged in trade or commerce in the Commonwealth of Massachusetts.

38. The acts of the Defendant in copying constituent elements of Plaintiff's design, "Bonnie", "Bonnie Floral Print" and "Bonnie Back Print" and offering the same for sale as its own in its "Martha's Vineyard Bedding" quilt, without authorization and for profit, constitute unfair and deceptive acts and trade practices under M.G.L. c. 93A, § 11.

39. The acts of the Defendant as otherwise described herein constitute unfair and deceptive acts and trade practices under M.G.L. c. 93A, § 11.

40. The Defendant's conduct in disputing origination of its "Martha's Vineyard Bedding" design, and acquisition of constituent elements of Plaintiff's "Bonnie Prints" design without payment, by unfair or deceptive means, was an unfair and deceptive trade practice as defined under M.G.L. c. 93A and has attainted a level of rascality that is unlawful.

41. The actions of the Defendant as described herein were performed willfully and knowingly.

42. As a result of the above-described unfair and deceptive acts or practices as described herein, the Plaintiff sustained damages, including but not limited to, lost sales and profits.

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1. That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all profits derived by the Defendant attributable to the sale of its "Martha's Vineyard Bedding," and Defendant's unfair competition; and

2. Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and losses sustained, plus interest, costs, and reasonable attorney's fee, and treble the amount of damages pursuant to M.G.L. c. 93A.

PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES.

RESPECTFULLY SUBMITTED
THE PLAINTIFFS
By their attorneys,

Dated: 3-3-04

Michael D. Hashim, Jr., Esq.
BBO No. 225220

Kenneth P. Ferris, Esq.
BBO No. 556627

HASHIM & SPINOLA
82 Wendell Avenue
Pittsfield, MA 01201
Tel. (413) 499-1304

13

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

I, Christian Selke, President of Pine Cone Hill, Incorporated, duly sworn, do depose and say that Pine Cone Hill, Incorporated is the Plaintiff in this action and that I have read the foregoing Verified Complaint for injunctive relief and damages, and hereby state that the allegations contained therein are true to the best of my knowledge, information and belief. I believe that all of the allegations in the Verified Complaint are true.

Sworn and subscribed to under the pains and penalties of perjury, this ___30___ day of ___March___, 2004.

PINE CONE HILL, INCORPORATED

BY _____
Christian Selke
Its President

MDEL,JR:laq
Pine Cone Hill\copyright complaint

14

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1–219–551



7–14–03
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
Bonnie Floral Print

**NATURE OF THIS WORK ▼** See instructions
Fabric Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
Pine Cone Hill, Incorporated

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ► USA
{ Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☒ No
Pseudonymous?    ☐ Yes    ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
{ Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2000 ◄ Year in all cases.

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ► February    Day ► 15    Year ► 2001
◄ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Pine Cone Hill, Incorporated
241 West Housatonic Street
Pittsfield, Massachusetts 01201

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
JUL 14 2003
**ONE DEPOSIT RECEIVED**
JUL 14 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK** ► Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼

**5**

a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give: **Previous Registration Number ▼**     **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions before completing this space.

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**     **Account Number ▼**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Lee Palmateer   Esq
Heslin Rothenberg Farley & Mesiti P C
Albany  New York  12203
Email  lp@hrfmlaw.com

Area Code and Telephone Number ▶ Tel. (518) 452-5600  Fax  (518) 452-5579

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼

**8**

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Pine Cone Hill  Incorporated
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael D  Heshim, Jr                                      Date ▶ 7/9/2003

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

**9**

Name ▼
Heslin Rothenberg Farley & Mesiti P C        Lee Palmateer  Esq
Number/Street/Apt ▼
5 Columbia Circle
City/State/ZIP ▼
Albany  New York  12203

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. section 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

LegalStar 1999

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-219-550**

7 - 14 - 03
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
Bonnie Back Print

**NATURE OF THIS WORK ▼** See instructions
Fabric Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.
Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
Pine Cone Hill Incorporated

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture
☒ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture
☐ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2000
This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ February    Day ▶ 15    Year ▶ 2001
◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Pine Cone Hill Incorporated
241 West Housatonic Street
Pittsfield, Massachusetts 01201

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 14 2003
**ONE DEPOSIT RECEIVED**
JUL 14 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE

---

**MORE ON BACK** ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give   **Previous Registration Number ▼**           **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing this
space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                        Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

Lee Palmateer  Esq

Heslin Rothenberg Farley & Mesiti P C

Albany  New York  12203

Email  lp@hrfmlaw com

Area Code and Telephone Number ▶ **Tel (518) 452 5600  Fax (518) 452 5579**

Be sure to
give your
daytime phone
number

**8**

**CERTIFICATION*** I, the undersigned hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Pine Cone Hill  Incorporated

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Christian Salas   Michael D  Heshim, Jr                    Date ▶ 7/9/2003

Handwritten signature (X) ▼

**MAIL
CERTIFI
CATE TO**

**Certificate
will be
mailed in
window
envelope**

Name ▼

Heslin Rothenberg Farley & Mesiti P C     Lee Palmateer  Esq

Number/Street/Apt ▼

5 Columbia Circle

City/State/ZIP ▼

Albany  New York  12203

**9**

You must
Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1  Application form
2  Nonrefundable $30 filing fee
   in check or money order
   payable to  Register of Copyrights
3  Deposit material

Register of Copyrights
Library of Congress
Washington, D C  20559-6000

17 U S C  section 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in
connection with the application  shall be fined not more than $2,500

LegalStar 1999

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Pine Cone Hill, Incorporated

## DEFENDANTS

Triad Catalog Co., L.L.C.

(b) County of Residence of First Listed Plaintiff   Berkshire
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed   St. Louis, MO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
(413) 499-1304
Michael O. Hashim, Jr., Esq.
Hashim & Spinola
82 Wendell Avenue, Pittsfield, MA 01201

Attorneys (If Known)

Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☒ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|

(Nature of suit checkbox grid)

PROPERTY RIGHTS
☒ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. section 101 et seq., false designations of origin under Lanham Act
cont.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND$ Damages pursuant to 17 U.S.C., sec. 504-505.

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY (See instructions):

Not applicable

JUDGE _____   DOCKET NUMBER _____

DATE   March 3, 2004

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Continuation of Civil Action Cover Sheet

## VI.  Cause of Action

Lanham Act, § 43(a), 15 U.S.C. § 1125(a) and related claims for misappropriation, unfair competition, and unfair and deceptive acts and practices.



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only) ___ Pine Cone Hill, Incorporated v.

Triad Catalog Co., L.L.C.

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.   (See

local rule 40.1(a)(1)).

___  I.   160, 410, 470, R 23, REGARDLESS OF NATURE OF SUIT.

_X_  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

___  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

___  V.   150, 152, 153.

3.  Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in
this district please indicate the title and number of the first filed case in this court.

Not applicable

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES [ ]    NO [X]

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See
28 USC §2403)

YES [ ]    NO [X]

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES [ ]    NO [ ]

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES [ ]    NO [X]

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule
40.1(d)).

YES [X]    NO [ ]

A.   If yes, in which division do all of the non-governmental parties reside?

Eastern Division [ ]    Central Division [ ]    Western Division [X]

B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
agencies,  residing in Massachusetts reside?

Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If
yes, submit a separate sheet identifying the motions)

YES [ ]    NO [X]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME ____ Michael D. Hashim, Jr., Esq. of Hashim & Spinola

ADDRESS _____ 82 Wendell Avenue, Pittsfield, MA 01201

TELEPHONE NO. _____ (413) 499-1304

(Coversheetlocal.wpd - 10/17/02)



**Hashim & Spinola**
Attorneys at Law
82 Wendell Avenue
Pittsfield MA 01201

TRIAD CATALOG CO., LLC
C/O MR. STEPHEN C. JONES
918 TIRRILL FARMS ROAD
ST. LOUIS, MA 63124



EXHIBIT

B

# HASHIM & SPINOLA
### ATTORNEYS AT LAW
82 WENDELL AVENUE
PITTSFIELD, MASSACHUSETTS 01201

CYNTHIA A. SPINOLA
MICHAEL D. HASHIM, JR
KENNETH P. FERRIS

TELEPHONE (413) 499-1304
TELECOPIER (413) 445-7852

DOROTHY MARA
OF COUNSEL

CERTIFIED MAIL and
FIRST-CLASS MAIL

March 11, 2004

Triad Catalog Co., LLC
C/o Stephen C. Jones, Resident Agent
918 Tirrill Farms Road
St. Louis, MO 63124

RE: Pine Cone Hill, Incorporated v. Triad Catalog Co., LLC d/b/a
    Soft Surroundings
    U.S. District Court, District of Massachusetts
    Civil Action No. 04-30047-MAP

Dear Mr. Jones:

Enclosed please find in connection with the above-captioned matter the following documents which we are serving upon you as resident agent for the Defendant at this time:

1.  Summons;
2.  Complaint;
3.  Civil Action Cover Sheet; and
4.  Category Sheet.

Please be advised that the Defendant or its attorney must file an Answer to this Complaint with the U.S. District Court for the District of Massachusetts, Western Division, within 20 days of your receipt of this correspondence.

Trusting you will guide yourself accordingly in this regard, I am

Very truly yours,

Michael D. Hashim, Jr.

MDH,JR:lmg
Enclosures

CERTIFIED MAIL
RETURN RECEIPT NO. 7003 1010 0004 5819 6881



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

DOCKET NO.

PINE CONE HILL, INCORPORATED, )
    Plaintiff              )
                                )
    v.                      )
                                )
TRIAD CATALOG CO., L.L.C.     )
d/b/a SOFT SURROUNDINGS,      )
    Defendants            )

## VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTION FOR COPYRIGHT INFRINGEMENT
### JURY TRIAL DEMANDED

### PRELIMINARY STATEMENT

1.  This is an action brought by the Plaintiff Pine Cone Hill, Incorporated ("Pine Cone Hill"), against the Defendant, Triad Catalog Co., L.L.C. d/b/a Soft Surroundings ("Triad"), for copyright infringement and other causes of action resulting from the unlawful use and copying of constituent elements of a quilt entitled, "Bonnie," "Bonnie Floral Print" and "Bonnie Back Print" (collectively "The Work" or "Bonnie Prints") designed and created by the Plaintiff, Pine Cone Hill, in violation of the exclusive rights of Pine Cone Hill (as holder of the copyright in The Work) under Section 106 of the Copyright Act of 1976, Title 17, Unites States Code.

## JURISDICTION AND VENUE

2.    This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. § 101 et seq. ("The Copyright Act"), false designations of origin under the Lanham Act, § 43(a), 15 U.S.C. § 1125(a) and related claims for misappropriation, unfair competition, and unfair and deceptive acts or practices.    This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a), 15 U.S.C. § 1121, and its pendant jurisdiction.

3.    Venue is proper in this district under 28 U.S.C., § 1400(a).

## PARTIES

4.    Pine Cone Hill is a Massachusetts Corporation having a principal place of business at 241 West Housatonic Street, Pittsfield, MA 01201.

5.    Triad is a Missouri Limited Liability Company having a principal place of business at 2025 Concourse Drive, St. Louis Missouri 63146, doing business in Massachusetts.

6.    Triad owns, operates and does business as Soft Surroundings, which is engaged in catalogue sales.

COUNT I
CLAIM FOR RELIEF
(COPYRIGHT INFRINGEMENT, 17 U.S.C., § 501 ET SEQ.)

7.   Pine Cone Hill is a designer, manufacturer and importer of quilts and other materials and holds copyrights to a great number of its products.

8.   "Bonnie", "Bonnie Floral Print" and "Bonnie Back Print" were first offered for sale in the United States and throughout the world on February 15, 2001.

9.   The Plaintiff, Pine Cone Hill, complied in all respects with the requirements of the Copyright Act and applied for and received from the Register of Copyrights, Certificate of Registration Numbers VA1-219-551, and VA1-219-550 attached hereto as Exhibit A, for the works "Bonnie Floral Print" and "Bonnie Back Print," the Registrations were obtained in the name of the Plaintiff, Pine Cone Hill, Incorporated and are dated July 14, 2003.

10.  From the time of its creation, the Plaintiff was and still is the owner of the Copyright in the Bonnie Prints as shown at Exhibit A.

11.  On or about April 2001, the Plaintiff began to sell and distribute its "Bonnie" quilt to the Defendant for sale in

the Defendant's Soft Surroundings catalog under the name "Martha's Vineyard Bedding".

12. Shortly after providing the "Bonnie" quilt and the "Bonnie Prints" to the Defendant, the Defendant, unbeknownst to the Plaintiff, copied the Plaintiff's "Bonnie Prints" and caused the Plaintiff's quilt to be manufactured elsewhere without authorization or license from the Plaintiff.

13. The Defendant continued to sell the "Martha's Vineyard Bedding" quilt in its Soft Surroundings catalog "palming" it off as the Plaintiff's "Bonnie" quilt.

14. With no authorization from Pine Cone Hill, Triad, through itself and Soft Surroundings, has caused to be manufactured, has sold and is causing to be distributed, a quilt entitled, "Martha's Vineyard Bedding" that is a copy of, and bears constituent elements of the Plaintiff's Work "Bonnie Prints," that are not original.

15. With no authorization from Pine Cone Hill, Triad, through itself and Soft Surroundings, has caused to be copied Plaintiff's Work, "Bonnie Floral Print" and "Bonnie Back Print", and constituent elements thereof, that are original, and that were designed and created by Pine Cone Hill.

16. The Defendant has passed off the design of Plaintiff's "Bonnie Prints" as its own.

4

17. The Defendant's quilt labeled, "Martha's Vineyard Bedding," is the same or substantially similar to protectable elements of Plaintiffs' Work, "Bonnie Prints."

18. The Defendant's quilt labeled, "Martha's Vineyard Bedding," is an actual copy of Plaintiff's Work, "Bonnie Prints."

19. The Defendant's "Martha's Vineyard Bedding" quilt, or portions thereof, is an exact copy of portions of the Plaintiff's "Bonnie Prints" quilt.

20. The Defendant had access to Plaintiff's design and quilt, and Defendant's quilt, "Martha's Vineyard Bedding," contains substantial similarities that are probative of copying.

21. The Defendant, its agents, servants, employees, and persons for whom it is legally responsible, had access to Plaintiff's design and quilt, and Defendant's quilt contains substantial similarities to Plaintiff's quilt that are probative of copying.

22. On information and belief, the Defendant has derived substantial revenues from the sale of its "Martha's Vineyard Bedding" quilt and, unless enjoined by this Court, will continue to cause them to be manufactured and distributed and to derive revenue from their sale. On information and belief, the Defendant's conduct alleged herein is and has been willful.

5

23. As a consequence of Defendant's unauthorized conduct, the Plaintiff is suffering irreparable harm, and has sustained and continues to sustain, monetary damages.

24. By virtue of the foregoing circumstances, the Defendant has infringed on Pine Cone Hill's exclusive rights under 17 U.S.C., § 106, of the Copyright Act of 1976, and is an infringer within the meaning of 17 U.S.C., § 501(a).

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated demands:

1. That the Defendant, Triad Catalog Co., L.L.C., its officers, agents, servants, employees, and all other persons acting under their permission and authority, or in active concert or participation with them, including Soft Surroundings be enjoined and restrained during the pendency of this action, and permanently, from infringing in any manner the "Bonnie", "Bonnie Floral Print" or "Bonnie Back Print", or on the above copyright and from causing to be manufactured or distributed, and from publishing, selling or marketing "Martha's Vineyard Bedding," the Infringing Goods or any other product with the same design;

2. That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all actual damages of the Plaintiff, and profits derived by the Defendant attributable to its "Martha's Vineyard Bedding,"

and Defendant's infringement of the above copyright pursuant to 17 U.S.C., § 504(b);

3.   That the Defendant, Triad Catalog Co., L.L.C., be ordered to pay damages for each claim of infringement pursuant to 17 U.S.C. § 504; and

4.   Judgment against the Defendant, Triad Catalog Co., L.L.C., for:

(a)   Plaintiff's actual damages pursuant to 17 U.S.C., § 504(b); and

(b)   Statutory damages pursuant to 17 U.S.C., § 504(c), including damages awardable on a finding that the above infringement was committed willfully; and

(c)   Costs and reasonable attorney's fees pursuant to 17 U.S.C., § 505; and

(d)   Such other further relief as is just.

COUNT II
(MISAPPROPRIATION)

25.   The Plaintiff incorporates herein Paragraphs 1 through 24 above, as if fully set forth herein.

26.   The Defendant, Triad, has misappropriated the design of Pine Cone Hill's quilt "Bonnie" when the Defendant used constituent elements of Pine Cone Hill's design in its "Martha's Vineyard Bedding" quilt without authorization and for its own profit.

7

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1.    That the Defendant, Triad Catalog Co., L.L.C., its officers, agents, servants, employees, and all other persons in active concert or participation with them, be enjoined during the pendency of this action, and permanently, from causing to be manufactured or distributed, and from publishing, selling or marketing "Martha's Vineyard Bedding," the Infringing Goods, or any other product with the same design; and

2.    That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all profits derived by the Defendant attributable to the sale of its "Martha's Vineyard Bedding," and Defendant's misappropriation of the Plaintiff's design; and

3.    Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and losses sustained, plus interest, costs, and reasonable attorney's fees.

## COUNT III
### (UNFAIR COMPETITION)

27.    The Plaintiff incorporates herein Paragraphs 1 through 26 above, as if fully set forth herein.

8

28. By copying constituent elements of Plaintiff's work "Bonnie Prints" without authorization and for its own profit, the Defendant, Triad, has engaged in unfair methods of competition.

29. The Defendant's bad faith misappropriation of constituent elements of Pine Cone Hill's design of its "Bonnie Prints" quilt is likely to cause confusion and/or deceive purchasers in the market place as to the origin of the Defendant's quilts.

30. The Defendant, Triad, through its acts or omissions, has proximately caused a misappropriation of the Plaintiff's quilt, "Bonnie Prints."

31. The Defendant's conduct, as set forth herein, was done in bad faith, knowing that the design of the quilt the Defendant sold as "Martha's Vineyard Bedding" was a copy of the Plaintiff's "Bonnie Prints" quilt.

32. The Defendant's actual misappropriation of Plaintiff's quilt design, was a misappropriation of Plaintiff's exclusive property, which caused harm to Pine Cone Hill by virtue of a decrease in sales of Pine Cone Hill's "Bonnie Prints" quilt.

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1. That the Defendant, Triad Catalog Co., L.L.C., its officers, agents, servants, employees, and all other persons in

9

active concert or participation with them, be enjoined during the pendency of this action, and permanently, from causing to be manufactured or distributed, and from publishing, selling or marketing "Martha's Vineyard Bedding," the Infringing Goods or any other product with the same design; and

2. That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all profits derived by the Defendant attributable to the sale of its "Martha's Vineyard Bedding," and Defendant's unfair competition; and

3. Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and losses sustained, plus interest, costs, and reasonable attorney's fees.

<u>COUNT IV</u>
(FALSE DESIGNATION OF ORIGIN)

33. The Plaintiff incorporates herein Paragraphs 1 through 32 above, as if fully set forth herein.

34. The Defendant has falsely designated the origin of its "Martha's Vineyard Bedding" Quilt claiming it to be of its own design and creation when, in fact, it was designed and created by the Plaintiff.

10

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1.    That the Defendant, Triad Catalog Co., L.L.C., its agents, servants and employees and all persons acting under its supervision and authority be enjoined and restrained from falsely designating the origin of the "Martha's Vineyard Bedding" Quilt in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and that the Defendant should be ordered to pay damages, costs and attorney's fees for the violations of § 43(a) of the Lanham Act pursuant to 15 U.S.C. 117; and

2.    Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and losses sustained, plus interest, costs, and reasonable attorney's fees.

<u>COUNT IV</u>
(M.G.L. c. 93A, UNFAIR AND DECEPTIVE ACTS AND PRACTICES)

35.  The Plaintiff incorporates herein Paragraphs 1 through 34 above, as if fully set forth herein.

36.  At all times relevant hereto, the Defendant, Triad, was engaged in trade or commerce in the Commonwealth of Massachusetts.

11

37. At all times relevant hereto, the Plaintiff, Pine Cone Hill, was engaged in trade or commerce in the Commonwealth of Massachusetts.

38. The acts of the Defendant in copying constituent elements of Plaintiff's design, "Bonnie", "Bonnie Floral Print" and "Bonnie Back Print" and offering the same for sale as its own in its "Martha's Vineyard Bedding" quilt, without authorization and for profit, constitute unfair and deceptive acts and trade practices under M.G.L. c. 93A, § 11.

39. The acts of the Defendant as otherwise described herein constitute unfair and deceptive acts and trade practices under M.G.L. c. 93A, § 11.

40. The Defendant's conduct in disputing origination of its "Martha's Vineyard Bedding" design, and acquisition of constituent elements of Plaintiff's "Bonnie Prints" design without payment, by unfair or deceptive means, was an unfair and deceptive trade practice as defined under M.G.L. c. 93A and has attainted a level of rascality that is unlawful.

41. The actions of the Defendant as described herein were performed willfully and knowingly.

42. As a result of the above-described unfair and deceptive acts or practices as described herein, the Plaintiff sustained damages, including but not limited to, lost sales and profits.

12

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1.  That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all profits derived by the Defendant attributable to the sale of its "Martha's Vineyard Bedding," and Defendant's unfair competition; and

2.  Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and losses sustained, plus interest, costs, and reasonable attorney's fee, and treble the amount of damages pursuant to M.G.L. c. 93A.

PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES.

Dated: 3-3-04

RESPECTFULLY SUBMITTED
THE PLAINTIFFS
By their attorneys,

Michael D. Hashim, Jr., Esq.
BBO No. 225220

Kenneth P. Ferris, Esq.
BBO No. 556627

HASHIM & SPINOLA
82 Wendell Avenue
Pittsfield, MA 01201
Tel. (413) 499-1304

13

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

I, Christian Selke, President of Pine Cone Hill, Incorporated, duly sworn, do depose and say that Pine Cone Hill, Incorporated is the Plaintiff in this action and that I have read the foregoing Verified Complaint for injunctive relief and damages, and hereby state that the allegations contained therein are true to the best of my knowledge, information and belief. I believe that all of the allegations in the Verified Complaint are true.

Sworn and subscribed to under the pains and penalties of perjury, this __3.0__ day of __March__, 2004.

PINE CONE HILL, INCORPORATED

BY _____
    Christian Selke
    Its President

MOO, JR:1000
Pine Cone Hill\copyright complaint

14

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Mary Beth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

## FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE



VA 1-219-551

| Month | Day | Year |
| 7 | 14 | 03 |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
Bonnie Floral Print

**NATURE OF THIS WORK ▼** See Instructions
Fabric Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give | **Volume ▼** | **Number ▼** | **Issue Date ▼** | **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
Pine Cone Hill, Incorporated

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture ☐ Map ☐ Technical drawing
☒ 2 Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2 Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2000 ◀ Year
This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ February     Day ▶ 15     Year ▶ 2001

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Pine Cone Hill, Incorporated
241 West Housatonic Street
Pittsfield, Massachusetts 01201

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 14 2003
ONE DEPOSIT RECEIVED
JUL 14 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK** ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☒ No If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes, give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing this
space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Lee Palmateer Esq

Heslin Rothenberg Farley & Mesiti P C

Albany New York 12203

Email lp@hrfmlaw com

Area Code and Telephone Number ▶ **Tel (518) 452.5600 Fax (518) 452.5579**

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   **Pine Cone Hill Incorporated**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made

by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael D. Hashim, Jr          Date ▶ 7/9/2003

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Heslin Rothenberg Farley & Mesiti P C          Lee Palmateer Esq

Number/Street/Apt ▼
5 Columbia Circle

City/State/ZIP ▼
Albany New York 12203

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D C 20559-6000

17 U S C section 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

LegalStar 1999

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-219-550



7 - 14 - 03
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Bonnie Back Print

NATURE OF THIS WORK ▼ See Instructions

Fabric Design

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give     Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼

Pine Cone Hill Incorporated

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP    Check appropriate box(es).    See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Check appropriate box(es).    See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2000 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published. Month ▶ February    Day ▶ 15    Year ▶ 2001
Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pine Cone Hill Incorporated
241 West Housatonic Street
Pittsfield, Massachusetts 01201

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 14 2003
ONE DEPOSIT RECEIVED
JUL 14 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                      Account Number ▼

**7**

---

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Lee Palmateer Esq

Heslin Rothenberg Farley & Mesiti P C

Albany New York 12203

Email  lp@hrfmlaw.com

Area Code and Telephone Number ▶   Tel (518) 452 5600   Fax (518) 452 5579

Be sure to
give your
daytime phone
◀ number

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Pine Cone Hill Incorporated

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Handwritten name/date   Michael D  Heslin, Jr                          Date ▶ 7/9/2003

Handwritten signature (X) ▼

**8**

---

**9**

MAIL
CERTIFI-
CATE TO

Name ▼
Heslin Rothenberg Farley & Mesiti P C      Lee Palmateer Esq

Number/Street/Apt ▼
5 Columbia Circle

City/State/ZIP ▼
Albany  New York 12203

Certificate
will be
mailed in
window
envelope

*17 U S C section 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.*

LegalStar 1999

JS 44  (Rev. 3/99)

# CIVIL COVER SHEET



The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Pine Cone Hill, Incorporated

## DEFENDANTS

Triad Catalog Co., L.L.C.

**(b)** County of Residence of First Listed Plaintiff  **Berkshire**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  **St. Louis, MO**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
(413) 499-1304
Michael D. Hashim, Jr., Esq.
Hashim & Spinola
82 Wendell Avenue, Pittsfield, MA 01201

Attorneys (If Known)

Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☒ 4  Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                 and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| | PERSONAL INJURY   PERSONAL INJURY | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
another district
(specify)

☐ 6  Multidistrict
Litigation

☐ 7  Appeal to
District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

This is a suit for copyright infringement under the United States Copyright Act of 1976,
as amended, 17 U.S.C. section 101 et seq., false designations of origin  under Lanham Act
cont.

## VII. REQUESTED IN
COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $
Damages pursuant to
17 U.S.C., sec. 504-505.

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S)
IF ANY
(See
instructions):

Not applicable

JUDGE

DOCKET NUMBER

DATE
March 3, 2004

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

Continuation of Civil Action Cover Sheet

## VI.  Cause of Action

Lanham Act, § 43(a), 15 U.S.C. § 1125(a) and related claims for misappropriation, unfair competition, and unfair and deceptive acts and practices.

# United States District Court

WESTERN DIVISION ─────────────── DISTRICT OF ── MASSACHUSETTS ──────

PINE CONE HILL, INCORPORATED
    Plaintiff

             V.

TRIAD CATALOG CO., L.L.C. d/b/a
SOFT SURROUNDINGS,
    Defendant

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 04-30047-MAP

TO: (Name and address of defendant)    TRIAD CATALOG CO., L.L.C.
    C/O STEPHEN C. JONES, AGENT
    918 TIRRILL FARMS ROAD
    ST. LOUIS, MO

    YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL D. HASHIM, JR., ESQ. OF HASHIM & SPINOLA
82 WENDELL AVENUE, PITTSFIELD, MA 01201

an answer to the complaint which is herewith served upon you, within ___20___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

TONY ANASTAS
─────────────────────
CLERK

_Maria Simolecony_
(BY) DEPUTY CLERK

DATE _3/10/04_

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| ...ice of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☐ Other *(specify)*: _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                          Date                                              Signature of Server

                                                          _____
                                                                    Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.   Title of case (name of first party on each side only)   Pine Cone Hill, Incorporated v.
Triad Catalog Co., L.L.C.

2.   Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.   (See
local rule 40.1(a)(1)).

___   I.   160, 410, 470, R 23, REGARDLESS OF NATURE OF SUIT.

_X_   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   for patent, trademark or copyright cases

___   III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
380, 385, 450, 891.

___   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
690, 810, 861-865, 870, 871, 875, 900.

___   V.   150, 152, 153.

3.   Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in
this district please indicate the title and number of the first filed case in this court.

Not applicable

4   Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES [ ]   NO [X]

5   Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See
28 USC §2403)

YES [ ]   NO [X]

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES [ ]   NO [ ]

6   Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES [ ]   NO [X]

7   Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule
40.1(d))

YES [X]   NO [ ]

A.   If yes, in which division do all of the non-governmental parties reside?

Eastern Division [ ]   Central Division [ ]   Western Division [X]

B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
agencies, residing in Massachusetts reside?

Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8.   If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If
yes, submit a separate sheet identifying the motions)

YES [ ]   NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME ____ Michael D. Hashim, Jr., Esq. of Hashim & Spinola ____

ADDRESS ____ 82 Wendell Avenue, Pittsfield, MA 01201 ____

TELEPHONE NO. ____ (413) 499-1304 ____

(Coversheetlocal.wpd - 10/17/02)

We will redeliver OR you or your agent can pick up your mail at the post office. *(Bring this form and proper ID. If your agent will pick up, sign below in item 2, and enter agent's name here):*

| | | |
|---|---|---|
| 1. | a. *Check all that apply in section 3;* | **SAINT LOUIS       MOCLAYTON** ■ |
| | b. *Sign in section 2 below;* | **7750 MARYLAND AVE** |
| | c. *Leave this notice where the carrier can see it.* | **SAINT LOUIS MO 63105-9998** |
| | | **MON-FRI 8:30 AM - 5:00 PM SAT 9:00-1:00** |
| 2. Sign Here to *Authorize Redelivery or to Authorize an Agent to Sign for You:* | | **PHONE: (314) 862-1822** |

**Delivery Section**

Signature

3. ☐ Redeliver *(Enter day of week.):*

Printed Name

*(Allow at least two delivery days for redelivery, or call your post office to arrange delivery.)*

☐ **Leave item at my address**

Delivery Address    *918 - IRRLL*

*(Specify where to leave. Example: "porch", "side door". This option is not available if box is checked on the front requiring your signature at time of delivery.)*

**USPS**

☐ Refused   ☐. Forward   ☐. Return

PS Form **3849,** November 1999 *(Reverse)*          **5293 0044 9625 3967** ■

United States Postal Service
**Sorry We Missed You! We Will Deliver for You**

Today's Date    Sender's Name

5/5

| Item is at: | Available for Pick-up After |
| Post Office (See back) | |
| | Date: | Time: |

**We will redeliver or you or your agent can pick up. See reverse.**

☐ **If checked, you or your agent must be present at time of delivery to sign for item**

| | |
| --- | --- |
| Letter | **For Delivery:** (Enter total number of items delivered by service type) |
| Large envelope, magazine, catalog, etc. | **For Notice Left:** (Check applicable item) |
| Parcel | __ Express Mail (We will attempt to deliver on the next delivery day unless you instruct the post office to hold it.) | __ Registered |
| | | __ Insured |
| Restricted Delivery | | Return Receipt for Merchandise |
| Perishable Item | __ Certified | Delivery Confirmation |
| Other: | __ Recorded Delivery | Signature Confirmation |
| | __ Firm Bill | |

Article Number(s)

2003 1010000 45819
6881

**Notice Left Section**
Customer Name and Address

| Article Requiring Payment | Amount Due |
| --- | --- |
| ☐ Postage Due  ☐ COD  ☐ Customs | $ |

☐ **Final Notice:** Article will be returned to sender on

Delivered By and Date

PS Form **3849**, November 1999                    **Delivery Notice/Reminder/Receipt**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery  5/18

1. Article Addressed to:

Triad Catalog Co LLC
C/o Stephen C. Jones
918 Tirrill Farms Rd.
St. Louis, MO 63124

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)        7003 1010 0004 5819 6881

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hashim & Spinola
82 Wendell Ave
Pittsfield MA 01201



**Hashim & Spinola**
Attorneys at Law
82 Wendell Avenue
Pittsfield, MA 01201

TRIAD CATALOG CO., LLC
C/O MR. STEPHEN C. JONES
918 TIRRILL FARMS ROAD
ST. LOUIS, MO 63124

7003 1010 0004 5619 9887







PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE