UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PINE CONE HILL, INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>TRIAD CATALOG CO., L.L.C. )<br>d/b/a SOFT SURROUNDINGS, )<br>)<br>)<br>Defendants. )<br>)<br>)<br>) | Civil Action No. 04-30047-MAP |

**DEFENDANT'S MOTION FOR ADDITIONAL TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT HEREIN**

Defendant Triad Catalog Co., L.L.C. d/b/a Soft Surroundings, through undersigned counsel, respectfully hereby requests additional time, to and including May 10, 2004, in which to file its Answer or other response to the Complaint. In support of such request, defendant states as follows:

1. This lawsuit was filed on or about March 4, 2004.

2. To defendant's knowledge, plaintiff has not attempted to effect personal service or to request waiver of personal service of the Summons and Complaint pursuant to Fed. R. Civ. P. 4. No representative of defendant has received either personal service or any request for waiver of personal service.

3. However, plaintiff has apparently attempted to effect service by mail. As explained by the Declaration of Stephen C. Jones, filed herewith, Mr. Jones, defendant's registered agent for service of process, received two letters from plaintiff's counsel on March 27, 2004, both enclosing copies of a Summons and the Complaint. Mr. Jones was not required to

acknowledge by signature his receipt of either letter.  Because such letters were delivered to Mr. Jones without any acknowledgement of his receipt, it appears that neither letter was an effective attempted service of the lawsuit.

4. Nevertheless, because defendant has become aware of this lawsuit and is willing to accept service through its counsel's receipt of the Complaint, defendant hereby acknowledges service of the Complaint.

5. In order to inform plaintiff's counsel of defendant's decision to accept service through counsel, defendant's St. Louis counsel, Keith A. Rabenberg, attempted to contact plaintiff's counsel, twice leaving voicemail messages during the week of April 5, to explain that defendant was willing to proceed without the need for further service attempts, and to request plaintiff's counsel's consent to a request for an extension of time to answer, but plaintiff's counsel did not respond.  On April 14, defendant's undersigned counsel contacted plaintiff's counsel by telephone, and plaintiff's counsel agreed to the extension of time requested by this Motion.  *See* Exhibit 1 hereto, copy of April 15 letter from defendant's counsel to plaintiff's counsel.

6. Defendant's St. Louis counsel has arranged for defendant's representation by the undersigned, but has not had time to fully analyze the multiple claims asserted in the Complaint and prepare a response.  Defendant's Massachusetts counsel also has not had time to become familiar with the facts, background, and claims of this lawsuit.  Accordingly, defendant's counsel has had insufficient time in which to properly respond to the Complaint, and, therefore, requests this extension of time.

WHEREFORE, for the foregoing reasons, defendant respectfully requests additional time, to and including May 10, 2004 in which file its Answer or other response to the Complaint.

LOCAL RULE 7.1(A)(2) CERTIFICATION

Undersigned counsel for defendant hereby certifies that on April 14, 2004, in accordance with Local Rule 7.1(A)(2), undersigned Massachusetts counsel conferred with counsel for plaintiff by telephone, and counsel for plaintiff consented to the extension of time requested by this Motion.

Dated: April 23, 2004

        Respectfully submitted,

        /s/  John F. Ward_____
        Robert L. Kann, BBO #258025
        John F. Ward, BBO #646689
        BROMBERG & SUNSTEIN LLP
        125 Summer Street
        Boston, MA 02110-1618
        Tel: 617-443-9292
        rkann@bromsun.com
        jward@bromsun.com

Of Counsel:

Keith A. Rabenberg
SENNIGER, POWERS, LEAVITT & ROEDEL
One Metropolitan Square, 16th Floor
St. Louis, MO  63102
Tel: 314-231-5400
Fax: 314-231-4342

## CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of the foregoing by first class U.S. Mail, postage prepaid, this 23rd day of April, 2004, upon the following:

Michael D. Hashim
Kenneth P. Ferris
HASHIM & SPINOLA
82 Wendell Avenue
Pittsfiled, MA 01201

                                      /s/ John F. Ward

02886/00501   307060.1