125 SUMMER STREET  BOSTON MA 02110-1618
T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM


JOHN F WARD
T 617 443 9292 x277
JWARD@BROMSUN.COM

April 15, 2004

**Via Facsimile and Regular Mail**

Michael D. Hashim, Esq.
Hashim & Spinola
82 Wendell Avenue
Pittsfield, MA  01201

Re   *Pine Cone Hill, Inc. v. Triad Catalog Co.*

Dear Michael:

When we spoke on April 14, 2004, I sought Pine Cone Hill's assent to Triad Catalog's motion seeking to extend until May 10, 2004, the period in which to answer or otherwise respond to the complaint. You said that Pine Cone Hill assents to such a motion if Triad Catalog agrees to accept service through counsel.

I write to confirm that Triad Catalog agrees to accept service through counsel and will e-file an assented to motion with the Court.

Sincerely,

John F. Ward

JFW/cth

cc: Keith A. Rabenberg, Esq.
    Robert A. Kann, Esq.
00001/00001  305836.1

**EXHIBIT 1**

ATTORNEYS AT LAW