UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PINE CONE HILL, INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>TRIAD CATALOG CO., L.L.C. )<br>d/b/a SOFT SURROUNDINGS, )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 04-30047-MAP |

### DEFENDANT'S MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The undersigned, Robert L. Kann, a member of the bar of this Court, moves pursuant to Local Rule 83.5.3(b) for the admission *pro hac vice* of Keith A. Rabenberg, of the law firm Senniger, Powers, Leavitt & Roedel of St. Louis, Missouri. Attorney Rabenberg will represent the defendant, Triad Catalog Co. d/b/a/ Soft Surroundings ("Triad Catalog").

As stated in the accompanying declaration and certificate filed herewith, Attorney Rabenberg is a member of the Bar of Missouri and Illinois, as well as the bars of the United States Supreme Court, the United States Court of Appeals for the Federal Circuit, and the United States District Court for the Eighth Circuit. He is in good standing in every jurisdiction in which he has been admitted to practice. Also, there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, court, or agency. Attorney Rabenberg declares that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Robert L. Kann and John F. Ward, of the Boston law firm Bromberg & Sunstein LLP, also have appeared in this action on behalf of Triad Catalog and will continue to represent Triad Catalog as local counsel. Messrs. Kann and Ward are members in good standing of the bar of this Court.

The required admission fee for appearing *pro hac vice* ($50.00) accompanies this motion.

For the foregoing reasons, Defendant respectfully requests that Keith A. Rabenberg be admitted to the bar of this Court for purposes of representing Triad Catalog in the above-captioned action.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that, on April 26, 2004, counsel for defendant, conferred by telephone with counsel for the plaintiff, Michael D. Hashim, Esq., in a good faith attempt to resolve or narrow the issues presented by this motion. Mr. Hashim stated that he would have to confer with his client with respect to this motion and get back to counsel for defendant but Mr. Hashim did not do so. On April 27, 2004, counsel for defendant telephoned and left a voice mail for Mr. Hashim requesting his assent to this motion. Mr. Hashim did not return the call.

Dated: April 28, 2004

TRIAD CATALOG CO., L.L.C.
d/b/a SOFT SURROUNDINGS,

By its attorneys,

*/s/ Robert L. Kann*

Robert L. Kann, BBO # 258025
John F. Ward, BBO #646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

2

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing by first class U.S. Mail, postage prepaid, this **28** day of April, 2004, upon the following:

Michael D. Hashim
Kenneth P. Ferris
HASHIM & SPINOLA
82 Wendell Avenue
Pittsfiled, MA 01201

*Robert L. Kann* (signature)
Robert L. Kann

02886/00501   307049.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PINE CONE HILL, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br>TRIAD CATALOG CO., L.L.C.<br>d/b/a SOFT SURROUNDINGS,<br><br>Defendants. | Civil Action No. 04-30047-MAP |

## DECLARATION AND CERTIFICATE OF KEITH A. RABENBERG, ESQ.

I, Keith A. Rabenberg, upon oath, declare as follows:

1.     I am a partner in the law firm of Senniger, Powers, Leavitt & Roedel, of St. Louis, Missouri. I am admitted to practice before the Bar of the State of Missouri (Missouri Bar No. 35616, admitted 1988) and the Bar of the State of Illinois (Illinois Bar No., 6200369, admitted 1989) as well as the bars for the United States Supreme Court, United States Court of Appeals for the Federal Circuit, United States Court of Appeals for the Eighth Circuit, the United States District Court of the Eastern District of Missouri, the United States District Court of the Western District of Missouri, the United States District Court of the Central District of Illinois, and the United States District Court of the Southern District of Illinois.

2.     I am a member of the bar in good standing in every jurisdiction and court to which I have been admitted to practice. There are currently no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, court, or agency. I am familiar with the Local Rules of

the United States District Court for the District of Massachusetts.

3. I am trial counsel for the defendant, Triad Catalog Co., d/b/a/ Soft Surroundings ("Triad Catalog"). I represent Triad Catalog in the above-captioned matter, and I respectfully request admission to the Bar of this Court *pro hac vice*.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON APRIL 26, 2004.

_____
Keith A. Rabenberg

02886/00501   307052.1