**HASHIM & SPINOLA**
ATTORNEYS AT LAW
82 WENDELL AVENUE
PITTSFIELD, MASSACHUSETTS 01201

CYNTHIA A. SPINOLA
MICHAEL D. HASHIM, JR.

KENNETH P. FERRIS

TELEPHONE (413) 499-1304
TELECOPIER (413) 445-7852

DOROTHY MARA
OF COUNSEL

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

May 4, 2004

Robert L. Kann, Esq.
Bromberg & Sunstein LLP
125 Summer street
Boston, ma 02110-1618

RE: Pine Cone Hill, Incorporated v. Triad Catalog Co.
    Civil Action No. 04-03347-MAP

Dear Mr. Kann:

Having conferred with my client, I wish to advise that the Plaintiff has no objection to the Defendant's Motion to Admit Keith A. Rabenberg *Pro Hac Vice*.

Should you have any questions, please feel free to contact me.

Thank you for your attention to this matter, I am

Very truly yours,

Michael D. Hashim, Jr.

MDH,JR:lmg

cc: ✓Civil Clerk, United States District Court