UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PINE CONE HILL INC**
       **Plaintiff**           **CIVIL / CRIMINAL**

                      **CASE NO.  04-30047**
    **V.**

**TRIAD CATALOG CO**
       **Defendant**

### NOTICE

**PONSOR**
       **D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for

HEARING ON MOTION TO DISMISS   on   JULY 14, 2004   at   2:00   P.M.

before Judge **PONSOR**   in Courtroom #   2   on the   5th

floor.

                                        **TONY ANASTAS,**
                                          **CLERK OF COURT**

6/14/04                                     /s/Elizabeth A. French
                                       **By:**
    **Date**                                **Deputy Clerk**

**Notice mailed to:**

**All counsel of record**

**(Notice of Hearing.wpd - 7/99)**                                                      **[kntchrgcnf.]**
                                                                                         **[ntchrgcnf.]**