## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PINE CONE HILL, INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>TRIAD CATALOG CO., L.L.C. )<br>d/b/a SOFT SURROUNDINGS, )<br>)<br>)<br>Defendants. )<br>)<br>)<br>) | Civil Action No. 04-30047-MAP |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

The defendant, Triad Catalog Co., L.L.C. d/b/a Soft Surroundings ("Triad"), hereby requests leave to file a reply memorandum in support of Defendant's Motion to Dismiss, filed May 10, 2004. In support of this motion, Triad states that it is necessary to address several issues raised in the opposition of Pine Cone Hill, Incorporated ("Pine Cone Hill"), filed on May 21, 2004, 2001, and that additional argument on these points will assist the Court. The reply memorandum, filed herewith, has fewer than eight (8) pages.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Counsel for Triad hereby certifies that it has conferred with counsel for Pine Cone Hill and has attempted in good faith to resolve or narrow the issues presented in this motion pursuant to Local Rule 7.1(a)(2). No agreement was reached and all issues remain for the Court.

Dated: July 2, 2004

                                        Respectfully submitted,


                                        /s/      John F. Ward
Robert L. Kann, BBO #258025
John F. Ward, BBO #646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110-1618
Tel: 617-443-9292
Fax: 617-443-0004
jward@bromsun.com

Keith A. Rabenberg
SENNIGER, POWERS, LEAVITT & ROEDEL
One Metropolitan Square, 16th Floor
St. Louis, MO  63102
Tel: 314-231-5400
Fax: 314-231-4342


Attorneys for defendant
Triad Catalog Co., L.L.C. d/b/a Soft Surroundings

02886/00501   320776.1