UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

DOCKET NO. 04-30047-MAP

PINE CONE HILL, INCORPORATED, )
    Plaintiff              )
                           )
    v.                      )
                           )
TRIAD CATALOG CO., L.L.C.    )
d/b/a SOFT SURROUNDINGS,     )
    Defendants          )

## FIRST AMENDED VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTION FOR COPYRIGHT INFRINGEMENT
### JURY TRIAL DEMANDED

### PRELIMINARY STATEMENT

1. This is an action brought by the Plaintiff Pine Cone Hill, Incorporated ("Pine Cone Hill"), against the Defendant, Triad Catalog Co., L.L.C. d/b/a Soft Surroundings ("Triad"), for copyright infringement and other causes of action resulting from the unlawful use and copying of constituent elements of a quilt entitled, "Bonnie," "Bonnie Floral Print" and "Bonnie Back Print" (collectively "The Work" or "Bonnie Prints") designed and created by the Plaintiff, Pine Cone Hill, in violation of the exclusive rights of Pine Cone Hill (as holder of the copyright in The Work) under Section 106 of the Copyright Act of 1976, Title 17, Unites States Code.

## JURISDICTION AND VENUE

2. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. § 101 et seq. ("The Copyright Act"), false designations of origin under the Lanham Act, § 43(a), 15 U.S.C. § 1125(a) and related claims for misappropriation, unfair competition, and unfair and deceptive acts or practices. This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a), 15 U.S.C. § 1121, and its pendant jurisdiction.

3. Venue is proper in this district under 28 U.S.C., § 1400(a).

## PARTIES

4. Pine Cone Hill is a Massachusetts Corporation having a principal place of business at 241 West Housatonic Street, Pittsfield, MA 01201.

5. Triad is a Missouri Limited Liability Company having a principal place of business at 2025 Concourse Drive, St. Louis Missouri 63146, doing business in Massachusetts.

6. Triad owns, operates and does business as Soft Surroundings, which is engaged in catalogue sales.

COUNT I
CLAIM FOR RELIEF
(COPYRIGHT INFRINGEMENT, 17 U.S.C., § 501 ET SEQ.)

7.   Pine  Cone  Hill  is  a  designer,  manufacturer  and importer of quilts and other materials and holds copyrights to a great number of its products.

8.   "Bonnie",   "Bonnie Floral Print" and "Bonnie Back Print" were first offered for sale in the United States and throughout the world on February 15, 2001.

9.   The  Plaintiff,  Pine  Cone  Hill,  complied  in  all respects with the requirements of the Copyright Act and applied for and received from the Register of Copyrights, Certificate of Registration  Numbers  VA1-219-551,  and  VA1-219-550  attached hereto as Exhibit A, for the works "Bonnie Floral Print" and "Bonnie Back Print," the Registrations were obtained in the name of the Plaintiff, Pine Cone Hill, Incorporated and are dated July 14, 2003.

10.  From the time of its creation, the Plaintiff was and still is the owner of the Copyright in the Bonnie Prints as shown at Exhibit A.

11.  On or about April 2001, the Plaintiff began to sell and distribute its "Bonnie" quilt to the Defendant for sale in

3

the  Defendant's  Soft  Surroundings  catalog  under  the  name
"Martha's Vineyard Bedding".

12.  Shortly after providing the "Bonnie" quilt and the
"Bonnie Prints" to the Defendant, the Defendant, unbeknownst to
the Plaintiff, wrongfully copied the Plaintiff's "Bonnie Prints"
and deceptively and maliciously caused the Plaintiff's quilt to
be manufactured elsewhere without authorization or license from
the Plaintiff.

13.  The Defendant continued to sell the "Martha's Vineyard
Bedding" quilt in its Soft Surroundings catalog "palming" it off
as the Plaintiff's "Bonnie" quilt.

14.  With  no  authorization  from  Pine  Cone  Hill,  Triad,
through  itself  and  Soft  Surroundings,  has  caused  to  be
manufactured, has sold and is causing to be distributed, a quilt
entitled, "Martha's Vineyard Bedding" that is a copy of, and
bears  constituent  elements  of  the  Plaintiff's  Work  "Bonnie
Prints," that are not original.

15.  With  no  authorization  from  Pine  Cone  Hill,  Triad,
through itself and Soft Surroundings, has caused to be copied
Plaintiff's Work, "Bonnie Floral Print" and "Bonnie Back Print",
and constituent elements thereof, that are original, and that
were designed and created by Pine Cone Hill.

16.  The Defendant has passed off the design of Plaintiff's
"Bonnie Prints" as its own.

4

17. The Defendant's quilt labeled, "Martha's Vineyard Bedding," is the same or substantially similar to protectable elements of Plaintiffs' Work, "Bonnie Prints."

18. The Defendant's quilt labeled, "Martha's Vineyard Bedding," is an actual copy of Plaintiff's Work, "Bonnie Prints."

19. The Defendant's "Martha's Vineyard Bedding" quilt, or portions thereof, is an exact copy of portions of the Plaintiff's "Bonnie Prints" quilt.

20. The Defendant had access to Plaintiff's design and quilt, and Defendant's quilt, "Martha's Vineyard Bedding," contains substantial similarities that are probative of copying.

21. The Defendant, its agents, servants, employees, and persons for whom it is legally responsible, had access to Plaintiff's design and quilt, and Defendant's quilt contains substantial similarities to Plaintiff's quilt that are probative of copying.

22. On information and belief, the Defendant has derived substantial revenues from the sale of its "Martha's Vineyard Bedding" quilt and, unless enjoined by this Court, will continue to cause them to be manufactured and distributed and to derive revenue from their sale. On information and belief, the Defendant's conduct alleged herein is and has been willful.

23. As a consequence of Defendant's unauthorized conduct, the Plaintiff is suffering irreparable harm, and has sustained and continues to sustain, monetary damages.

24. By virtue of the foregoing circumstances, the Defendant has infringed on Pine Cone Hill's exclusive rights under 17 U.S.C., § 106, of the Copyright Act of 1976, and is an infringer within the meaning of 17 U.S.C., § 501(a).

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated demands:

1. That the Defendant, Triad Catalog Co., L.L.C., its officers, agents, servants, employees, and all other persons acting under their permission and authority, or in active concert or participation with them, including Soft Surroundings be enjoined and restrained during the pendency of this action, and permanently, from infringing in any manner the "Bonnie", "Bonnie Floral Print" or "Bonnie Back Print", or on the above copyright and from causing to be manufactured or distributed, and from publishing, selling or marketing "Martha's Vineyard Bedding," the Infringing Goods or any other product with the same design;

2. That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all actual damages of the Plaintiff, and profits derived by the Defendant attributable to its "Martha's Vineyard Bedding,"

6

and Defendant's infringement of the above copyright pursuant to 17 U.S.C., § 504(b);

3.     That the Defendant, Triad Catalog Co., L.L.C., be ordered to pay damages for each claim of infringement pursuant to 17 U.S.C. § 504; and

4.     Judgment against the Defendant, Triad Catalog Co., L.L.C., for:

     (a)   Plaintiff's actual damages pursuant to 17 U.S.C., § 504(b); and

     (b)   Statutory damages pursuant to 17 U.S.C., § 504(c), including damages awardable on a finding that the above infringement was committed willfully; and

     (c)   Costs and reasonable attorney's fees pursuant to 17 U.S.C., § 505; and

     (d)   Such other further relief as is just.

## COUNT II
### (MISAPPROPRIATION)

25.   The Plaintiff incorporates herein Paragraphs 1 through 24 above, as if fully set forth herein.

26.   The Defendant induced the Plaintiff to provide its "Bonnie" quilt to the Defendant with the intent to wrongfully copy and misappropriate the Plaintiff's property and design.

27.   The Defendant, Triad, has misappropriated the design of Pine Cone Hill's quilt "Bonnie" when the Defendant used

7

constituent elements of Pine Cone Hill's design in its "Martha's Vineyard Bedding" quilt without authorization and for its own profit.

28.    The Defendant wrongfully, deceptively, and maliciously copied the Plaintiff's quilt in bad faith and such conduct constitutes misappropriation.

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1.    That the Defendant, Triad Catalog Co., L.L.C., its officers, agents, servants, employees, and all other persons in active concert or participation with them, be enjoined during the pendency of this action, and permanently, from causing to be manufactured or distributed, and from publishing, selling or marketing "Martha's Vineyard Bedding," the Infringing Goods, or any other product with the same design; and

2.    That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all profits derived by the Defendant attributable to the sale of its "Martha's Vineyard Bedding," and Defendant's misappropriation of the Plaintiff's design; and

3.    Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and

8

losses    sustained,    plus    interest,    costs,    and    reasonable
attorney's fees.

## COUNT III
## (UNFAIR COMPETITION)

29.   The Plaintiff incorporates herein Paragraphs 1 through
28 above, as if fully set forth herein.

30.   By copying constituent elements of Plaintiff's work
"Bonnie Prints" without authorization and for its own profit,
the   Defendant,   Triad,   has   engaged   in   unfair   methods   of
competition.

31.   The Defendant wrongfully, deceptively and maliciously
copied the Plaintiff's quilt in bad faith and for its own
profit, and such misappropriation of the Plaintiff's property
constitutes unfair competition.

32.   The   Defendant's   bad   faith   misappropriation   of
constituent elements of Pine Cone Hill's design of its "Bonnie
Prints" quilt is likely to cause confusion and/or deceive
purchasers   in   the   market   place   as   to   the   origin   of   the
Defendant's quilts.

33.   The Defendant, Triad, through its acts or omissions,
has proximately caused a misappropriation of the Plaintiff's
quilt, "Bonnie Prints."

34.   The Defendant's conduct, as set forth herein, was done
in bad faith, knowing that the design of the quilt the Defendant

sold as "Martha's Vineyard Bedding" was a copy of the Plaintiff's "Bonnie Prints" quilt.

35.   The Defendant's actual misappropriation of Plaintiff's quilt design, was a misappropriation of Plaintiff's exclusive property, which caused harm to Pine Cone Hill by virtue of a decrease in sales of Pine Cone Hill's "Bonnie Prints" quilt.

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1.   That the Defendant, Triad Catalog Co., L.L.C., its officers, agents, servants, employees, and all other persons in active concert or participation with them, be enjoined during the pendency of this action, and permanently, from causing to be manufactured or distributed, and from publishing, selling or marketing "Martha's Vineyard Bedding," the Infringing Goods or any other product with the same design; and

2.   That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all profits derived by the Defendant attributable to the sale of its "Martha's Vineyard Bedding," and Defendant's unfair competition; and

3.   Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and

10

losses    sustained,    plus    interest,    costs,    and    reasonable
attorney's fees.

## COUNT IV
### (FALSE DESIGNATION OF ORIGIN)

36.    The Plaintiff incorporates herein Paragraphs 1 through
35 above, as if fully set forth herein.

37.    The Defendant has falsely designated the origin of its
"Martha's Vineyard Bedding" Quilt claiming it to be of its own
design and creation when, in fact, it was designed and created
by the Plaintiff.

38.    The    Defendant    created    a    false    description    or
misleading representation in connection with the Plaintiff's
"Bonnie" quilt in violation of 15 U.S.C., § 1125(a), The Lanham
Act.

39.    The    Defendant    made    an    exact    reproduction    of    the
pattern    in    Plaintiff's    quilt,    caused    the    quilt    to    be
manufactured    elsewhere    without    license    or    authorization,
substituted its label for the Plaintiff's label, and thereafter,
sold its "Martha's Vineyard Bedding" quilt palming it off as if
it were Plaintiff's "Bonnie" quilt.

40.    The    Defendant    has    misappropriated    the    Plaintiff's
artistic talent used to create the "Bonnie" print.

41.    The    pattern    in    the    Defendant's    quilt    sold    by    the
Defendant originated with the Plaintiff.

11

42. The origin of the pattern in the Defendant's quilt was falsely designated by the Defendant.

43. The Defendant further falsely described and represented the Plaintiff's quilt.

44. The Defendant's false designation of origin and false description has caused, or is likely to cause, consumer confusion.

45. The Defendant has fraudulently misrepresented the origin of the "Martha's Vineyard Bedding" quilt as its own.

46. The Defendant's conduct as set forth herein is the equivalent of a "reverse passing off" of the Plaintiff's pattern and product as its own.

47. The Plaintiff has been substantially harmed by the Defendant's "reverse passing off" and false designation of origin.

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1. That the Defendant, Triad Catalog Co., L.L.C., its agents, servants and employees and all persons acting under its supervision and authority be enjoined and restrained from falsely designating the origin of the "Martha's Vineyard Bedding" Quilt in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and that the Defendant should be ordered to

12

pay damages, costs and attorney's fees for the violations of §
43(a) of the Lanham Act pursuant to 15 U.S.C. 117; and

2.    Judgment against the Defendant, Triad Catalog Co.,
L.L.C., in an amount that is just and appropriate to compensate
Pine Cone Hill, Incorporated for its damages, lost profits, and
losses  sustained,  plus  interest,  costs,  and  reasonable
attorney's fees.

## COUNT V
(M.G.L. c. 93A, UNFAIR AND DECEPTIVE ACTS AND PRACTICES)

48.    The Plaintiff incorporates herein Paragraphs 1 through
47 above, as if fully set forth herein.

49.    At all times relevant hereto, the Defendant, Triad,
was  engaged  in  trade  or  commerce  in  the  Commonwealth  of
Massachusetts.

50.    At all times relevant hereto, the Plaintiff, Pine Cone
Hill, was engaged in trade or commerce in the Commonwealth of
Massachusetts.

51.    The Defendant fraudulently induced the Plaintiff to
provide its "Bonnie" quilt to the Defendant, having the intent
and purpose to secretly and deceptively copy same.

52.    The acts of the Defendant in obtaining and copying
constituent elements of Plaintiff's design, "Bonnie", "Bonnie
Floral Print" and "Bonnie Back Print" and offering the same for
sale  as  its  own  in  its  "Martha's  Vineyard  Bedding"  quilt,

13

without authorization and for profit, constitute unfair and deceptive acts and trade practices under M.G.L. c. 93A, § 11.

53. The acts of the Defendant as otherwise described herein were wrongful, deceptive and malicious, and constitute unfair and deceptive acts and trade practices under M.G.L. c. 93A, § 11.

54. The Defendant's conduct in disputing origination of its "Martha's Vineyard Bedding" design, and acquisition of constituent elements of Plaintiff's "Bonnie Prints" design without payment, by unfair or deceptive means, was an unfair and deceptive trade practice as defined under M.G.L. c. 93A and has attainted a level of rascality that is unlawful.

55. The Defendant's conduct in secretly and deceptively copying the Plaintiff's quilt for its own profit, after inducing the Plaintiff to provide its quilt to the Defendant, constitutes unfair and deceptive acts and trade practices in violation of M.G.L. c. 39A, § 11.

56. The Defendant's conduct, as described herein, was dishonest, unscrupulous and unethical behavior proscribed by c. 93A.

57. The actions of the Defendant as described herein were performed willfully and knowingly.

58. As a result of the above-described unfair and deceptive acts or practices as described herein, the Plaintiff

14

sustained damages, including but not limited to, lost sales and profits.

WHEREFORE, the Plaintiff, Pine Cone Hill, Incorporated, demands:

1.    That the Defendant, Triad Catalog Co., L.L.C., be required to account to the Plaintiff, and pay to the Plaintiff, for all profits derived by the Defendant attributable to the sale of its "Martha's Vineyard Bedding," and Defendant's unfair competition; and

2.    Judgment against the Defendant, Triad Catalog Co., L.L.C., in an amount that is just and appropriate to compensate Pine Cone Hill, Incorporated for its damages, lost profits, and losses sustained, plus interest, costs, and reasonable attorney's fee, and treble the amount of damages pursuant to M.G.L. c. 93A.

PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES.

RESPECTFULLY SUBMITTED
THE PLAINTIFFS
By their attorneys,

Dated: July 7, 2004

Michael D. Hashim, Jr., Esq.
BBO No. 225220

Kenneth P. Ferris, Esq.
BBO No. 556627
HASHIM & SPINOLA
82 Wendell Avenue
Pittsfield, MA 01201
Tel. (413) 499-1304

15

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

I, Christian Selke, President of Pine Cone Hill,
Incorporated, duly sworn, do depose and say that Pine Cone Hill,
Incorporated is the Plaintiff in this action and that I have
read the foregoing Verified Complaint for injunctive relief and
damages, and hereby state that the allegations contained therein
are true to the best of my knowledge, information and belief. I
believe that all of the allegations in the Verified Complaint
are true.

Sworn and subscribed to under the pains and penalties of
perjury, this ___7th___ day of ___July___, 2004.

PINE CONE HILL, INCORPORATED

BY_____
Christian Selke
Its President

MDH,JR:lmg
Pine Cone Hill\copyright complaint - 1st amended

16

## CERTIFICATE OF SERVICE

I, Michael D. Hashim, Jr., Esq., hereby certify that on this 7th day of July, 2004, I caused a true and accurate copy of the within First Amended Verified Complaint for Damages and Injunction for Copyright Infringement, Jury Trial Demanded, to be served by Facsimile and First-Class Mail, postage prepaid, upon counsel for the Defendant:

Robert L. Kann, Esq.                    Keith A. Rabenberg, Esq.
Bromberg & Sunstein, LLP                Senniger, Powers, Leavitt & Roedel
125 Summer Street                       One Metropolitan Square
Boston, MA 02110-1618                   16th floor
                                        St. Louis, MO 63102

Michael D. Hashim, Jr., Esq.

17

# CERTIFICATE OF REGISTRATION

COPY

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-219-551

7 - 14 - 03
Month    Day    Year

OFFICIAL SEAL.

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

Bonnie Floral Print

**NATURE OF THIS WORK ▼** See Instructions

Fabric Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

Pine Cone Hill Incorporated

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.

2000

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ February   Day ▶ 15   Year ▶ 2001

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

Pine Cone Hill Incorporated
241 West Housatonic Street
Pittsfield Massachusetts 01201

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JUL 14 2003
ONE DEPOSIT RECEIVED
JUL 14 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.  Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☒ No If your answer is Yes, why is another registration being sought? (Check appropriate box)▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes, give **Previous Registration Number** ▼       **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                   Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP▼

Lee Palmateer Esq

Heslin Rothenberg Farley & Mesiti P C

Albany New York 12203

Email lp@hrfmlaw com

Area Code and Telephone Number  ▶  Tel (518) 452 5600  Fax (518) 452 5579

Be sure to give your daytime phone number

**CERTIFICATION\*** I the undersigned hereby certify that I am the
check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Pine Cone Hill Incorporated

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Michael D Hashim, Jr                                    Date ▶ 7/9/2003

Handwritten signature (X) ▼

| MAIL CERTIFI CATE TO | Name ▼ Heslin Rothenberg Farley & Mesiti P C    Lee Palmateer Esq |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ 5 Columbia Circle |
| | City/State/ZIP ▼ Albany New York 12203 |

**9**

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

17 U.S.C. section 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Dec a/151 w 1999

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM VA**
**For a Work of the Visual Arts**
**UNITED STATES COPYRIGHT OFFICE**

VA 1-219-550

7 - 14 - 03
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
Bonnie Back Print

**NATURE OF THIS WORK ▼** See Instructions
Fabric Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Pine Cone Hill Incorporated

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No    If the answer to either of these questions is "Yes" see detailed instructions
Pseudonymous?    ☐ Yes ☒ No

**NOTE**

Under the law the author of a "work made for hire is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es)    See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes" see detailed instructions
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es)    See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2000    ◀ Year in all cases.

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Only if this work has been published.
Month ▶ February    Day ▶ 15    Year ▶ 2011
◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Pine Cone Hill Incorporated
241 West Housatonic Street
Pittsfield Massachusetts 01201

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
JUL 11 2003
**ONE DEPOSIT RECEIVED**
JUL 14 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | | FORM VA |
| --- | --- | --- | --- |
| CHECKED BY | | | |
| ☐ CORRESPONDENCE Yes | | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☒ No If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give   **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates ▼

b **Material Added to This Work**   Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼                                                 Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Lee Palmateer Esq

Heslin Rothenberg Farley & Mesiti P C

Albany New York 12203

Email lp@hrfmlaw com

Area Code and Telephone Number ▶ Tel (518) 452 5600 Fax (518) 452 5579

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Pine Cone Hill Incorporated

Name of author or other copyright claimant or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made

by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Robert Gates   Michael D Hashim, Jr                      Date ▶ 7/9/2003

Handwritten signature (X) ▼

| MAIL CERTIFICATE TO | Name ▼ | |
| --- | --- | --- |
| | Heslin Rothenberg Farley & Mesiti P C     Lee Palmateer Esq | **9** |
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ | |
| | 5 Columbia Circle | |
| | City/State/ZIP ▼ | |
| | Albany New York 12203 | |

You must:
Complete all necessary spaces
Sign your application in space 8
1 Application form
2 Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3 Deposit material
Register of Copyrights
Library of Congress
Washington, D C 20559-6000

17 U S C section 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Legal3tar 1999