```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

PINE CONE HILL, INCORPORATED, )
          Plaintiff           )
                              )
          v.                  ) CIVIL ACTION NO. 04-30047-MAP
                              )
TRIAD CATALOG CO., L.L.C.,    )
          Defendant           )
```

MEMORANDUM AND ORDER REGARDING
DEFENDANT'S MOTION TO DISMISS
(Docket No. 8)

July 15, 2004

PONSOR, U.S.D.J.

For the reasons stated in detail in open court on July 14, 2004, the court here by ALLOWS the defendant's Motion to Dismiss, in part, with regard to Count I.  Plaintiff will not be permitted to pursue statutory damages or attorney's fees if successful on this count.  In all other respects, the Motion to Dismiss with regard to Count I is DENIED.

With regard to Counts II, III and V, the Motion to Dismiss is DENIED, without prejudice to a Motion for Summary Judgment at the close of discovery.  As the court noted during oral argument, it is a close question whether the claims set forth in these three counts incorporate elements, beyond mere reproduction, sufficient to distinguish them from the claim for copyright infringement.

With regard to Count IV, the claim under the Lanham Act, 15 U.S.C. § 1125(a), the Motion to Dismiss is ALLOWED on the authority of <u>Dastar Corp. v. Twentieth Century Fox Film Corp.</u>, 539 U.S. 23 (2003).

The court has, by separate order, issued a scheduling order to govern pretrial proceedings in this case. Nevertheless, the court advises counsel to discuss carefully the possibility of settlement.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge