```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

PINE CONE HILL, INCORPORATED, )
          Plaintiff           )
                              )
          v.                  )  CIVIL ACTION NO. 04-30047-MAP
                              )
TRIAD CATALOG CO., L.L.C.,    )
          Defendant           )
```

                    PRETRIAL SCHEDULING ORDER

                          July 15, 2004

PONSOR, D.J.

    Counsel for both parties appeared before this court for oral argument on defendant's Motion to Dismiss on July 14, 2004. Based on counsel's representations following the court's rulings on the Motion to Dismiss, the court orders as follows:

    1. Defendant will file its answer no later than August 9, 2004.

    2. All automatic discovery will be exchanged by August 16, 2004.

    3. On or before September 15, 2004, the plaintiff will report in writing regarding discussions focused on settlement of this matter.

    4. All written discovery will be served by October 31, 2004.

    5. All non-expert depositions will be completed by February 1, 2005.

    6. Also by February 1, 2005, the plaintiff will convey to the defendant a report as required by Fed. R. Civ. P. 26(a)(2) regarding any expert whose testimony will be offered at trial.

    7. Defendant will convey its Rule 26(a)(2) report to plaintiff no later than March 1, 2005.

    8. All expert depositions (if any) will be completed and all discovery will close on April 30, 2005.

9.   Counsel will appear again before this court for a final pretrial conference on May 10, 2005 at 2:00 p.m. At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order.  <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal.  At this final pretrial conference the court will also take up the issues of settlement, summary judgment, and a final schedule for trial.

It is So Ordered.

<u>/s/ Michael A. Ponsor</u>
MICHAEL A. PONSOR
United States District Judge