# HASHIM & SPINOLA
ATTORNEYS AT LAW
82 WENDELL AVENUE
PITTSFIELD, MASSACHUSETTS 01201

CYNTHIA A. SPINOLA
MICHAEL D. HASHIM, JR.

KENNETH P. FERRIS

TELEPHONE (413) 499-1304
TELECOPIER (413) 445-7852

DOROTHY MARA
OF COUNSEL

September 13, 2004

The Honorable Michael A. Ponsor
U.S. District Court
Federal Bldg. & Courthouse
1550 Main Street
Springfield, MA 01103

RE: Pine Cone Hill, Incorporated v. Triad Catalog Co., L.L.C. d/b/a Soft Surroundings
    Civil Action No. 04-30047-MAP

Dear Judge Ponsor:

This letter is in response to your Order of July 15, 2004, that the Plaintiff report to the Court regarding discussions focused on settlement.

On September 7, 2004, the Plaintiff received a compilation of gross sales and related expenses provided by the Defendant. The parties have discussed same, however, until the Plaintiff receives copies of actual documents showing gross sales and expenses, the Plaintiff is not in a position to evaluate this case, or make a demand. The parties have had discussions regarding the measure of damages and the possibility of settlement, and it is hopeful that within 45 days, a demand and offer of settlement can be exchanged, and we will be closer toward resolution.

Accordingly, I hope to report back to the Court within 45 days as to the outcome of those discussions.

*Construed as a motion for extension, this is ALLOWED. However, the deadlines set forth in the court's July 15, 2004 scheduling order will stand, and counsel should be scrupulous in adhering to them. So Ordered.  Michael A. Ponsor USDJ 9.14.04*

The Honorable Michael A. Ponsor
U.S. District Court
September 13, 2004
Page 2


Thanking you for your attention to this matter, I am

Very truly yours,

Michael D. Hashim, Jr.

MDH,JR:lmg

cc: Robert L. Kann, Esq.
    Keith A. Rabenberg, Esq.