| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PINE CONE HILL, INCORPORATED | 04-30047-MAP |
| **DEFENDANT** | **TYPE OF PROCESS** |
| TRIAD CATALOG CO., LLC d/b/a SOFT SURROUNDINGS | SERVICE OF COMPLAINT |

FILED IN CLERK'S OFFICE
2004 OCT -1 P 3:27
U.S. DISTRICT COURT
DISTRICT OF MASS.

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
: TRIAD CATALOG CO., LLC C/O STEPHEN C. JONES, RESIDENT AGENT
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**AT** : 918 TIRRILL FARMS ROAD, ST. LOUIS, MO 63124

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL D. HASHIM, JR., ESQ.
HASHIM & SPINOLA
82 WENDELL AVENUE
PITTSFIELD, MA 01201

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

STEPHEN C. JONES, RESIDENT AGENT FOR TRIAD CATALOG CO., LLC

(314) 994-9628
TRIAD CATALOG CO., LLC TELEPHONE NUMBER IS (314) 993-6914
TRIAD CATALOG CO., LLC IS LOCATED AT 2025 CONCOURSE DRIVE, ST. LOUIS, MO

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 413-499-1304
DATE: 03/30/04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 44
Signature of Authorized USMS Deputy or Clerk: Nancy Salamere (?)
Date: 4/1/04

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served *(if not shown above)*:
JODY JONES / WIFE

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:
918 TIRRILL FARMS RD
ST LOUIS, MO 63124

Date of Service: 4/27/04
Time: 5:23 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 18.72 | 8/n/a | 63.72 | 45.00 | 818.72 | —0— |

REMARKS:
END. 4/26/04. 918 TIRRILL FARMS RD. NO ONE HOME NOTIFICATION OF ATTEMPTED SERVICE LEFT. END, 4/26/04. 2025 CONCOURSE DR, FOR TRIAD CATALOG CO. KNIGHTS LTD CATALOGUES & HOME DECORATORS COLLECTION 3 YRS.  4/27/04 - 17:23 SERVED JODY JONES @ her request  CV-3625

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

# United States District Court

WESTERN DIVISION
DISTRICT OF MASSACHUSETTS

PINE CONE HILL, INCORPORATED
    Plaintiff

V.

TRIAD CATALOG CO., L.L.C. d/b/a
SOFT SURROUNDINGS,
    Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04-30047-MAP

TO: (Name and address of defendant)

TRIAD CATALOG CO., L.L.C.
C/O STEPHEN C. JONES, AGENT
918 TIRRILL FARMS ROAD
ST. LOUIS, MO

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL D. HASHIM, JR., ESQ. OF HASHIM & SPINOLA
82 WENDELL AVENUE, PITTSFIELD, MA 01201

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 3/18/04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                                          Signature of Server

                                                                                   _____
                                                                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.