UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| PINE CONE HILL, INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRIAD CATALOG CO., L.L.C. )<br>d/b/a SOFT SURROUNDINGS, )<br>)<br>Defendant. ) | Cause No. 04-30047-MAP |

**ASSENTED TO MOTION TO EXTEND**
**DEADLINE FOR SERVICE OF WRITTEN DISCOVERY**

COMES NOW defendant, with the assent of plaintiff, and requests that the deadline for service of written discovery herein be extended by 30 days to November 30, 2004.

1. By its Pretrial Scheduling Order dated July 15, 2004, the Court ordered that all written discovery be served by October 31, 2004.

2. The parties are currently engaged in discussions regarding a potential settlement of this dispute, and the parties wish to pursue those discussions at this time rather than engaging in discovery activities and in the hope of avoiding the need for further discovery. For that reason, defendant hereby requests that the current deadline of October 31, 2004 be extended.

3. Accordingly, defendant requests that paragraph 4 of the Pretrial Scheduling Order herein be amended to state that all written discovery will be served by November 30, 2004. No other changes to the Pretrial Scheduling Order are necessary.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Triad Catalog Co., L.L.C. d/b/a Soft Surroundings hereby certifies that on October 27, 2004, in accordance with Local Rule 7.1(A)(2), counsel conferred with Michael D. Hashim, counsel for plaintiff Pine Cone Hill, Inc., who assented to this motion.

Dated: October 27, 2004

Assented to,                                                                 Respectfully submitted,


/Michael D. Hashim, Jr./                                            /Keith A. Rabenberg/
HASHIM & SPINOLA                                                SENNIGER POWERS
82 Wendell Avenue                                                   One Metropolitan Square, 16th Floor
Pittsfield, MA  01201                                                  St. Louis, MO  63102
Tel:  413-499-1304                                                     Tel:  314-231-5400
Fax:  413-445-7852                                                    Fax:  314-231-4342

Attorneys for plaintiff                                                 Robert L. Kann, BBO #258025
Pine Cone Hill, Incorporated                                    John F. Ward, BBO #646689
                                                                                     BROMBERG & SUNSTEIN LLP
                                                                                     125 Summer Street
                                                                                     Boston, MA  02110-1618
                                                                                     Tel:  617-443-9292
                                                                                     Fax:  617-443-0004

                                                                                     Attorneys for defendant
                                                                                     Triad Catalog Co., L.L.C. d/b/a Soft
                                                                                     Surroundings