UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

DOCKET NO. 04-30047-MAP

PINE CONE HILL, INCORPORATED, )
    Plaintiff           )
                     )
    v.                  )
                     )
TRIAD CATALOG CO., L.L.C.   )
d/b/a SOFT SURROUNDINGS,    )
    Defendant           )

## **PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Plaintiff moves this Honorable Court for leave to amend its First Amended Verified Complaint by adding specific allegations that the Defendant infringed on the Plaintiff's so-called "Bonnie Back Print" by copying same, and using the design in its quilts, shams and bedskirts. A copy of the proposed Amended Complaint is attached hereto.

In support of this Motion, the Plaintiff states that allowance of this motion will not prejudice any party to this action and will secure a just, speedy and inexpensive determination of this action as required by Fed.R.Civ.P. 1.

The Plaintiff further states that the proposed Second Amended Verified Complaint merely puts the Defendant on notice that the Plaintiff alleges the Defendant copied the Plaintiff's

"Bonnie Back Print."  The First Amended Verified Complaint does not specifically state that the "Bonnie Back Print" design was copied by the Defendant for use in the Defendant's "Sunset Stripe Euro Sham" and/or "Sunset Stripe Bedskirt."  The Plaintiff recently learned during discovery of Defendant's claim that the Sunset Stripe Sham and Bedskirts are not the subject matter of the Plaintiff's First Amended Verified Complaint.  The proposed Second Amended Verified Complaint will clarify this.

In further support of this motion, the Plaintiff states that the Second Amended Verified Complaint conforms to the Court's Order of July 15, 2004, by deleting the Plaintiff's claim for statutory damages or attorney's fees, as well as omitting Count IV seeking recovery under the Lanham Act.

Dated: 12-7-04

RESPECTFULLY SUBMITTED
THE PLAINTIFFS
By their attorneys,

Michael D. Hashim, Jr., Esq.
BBO No. 225220

HASHIM & SPINOLA
82 Wendell Avenue
Pittsfield, MA 01201
Tel. (413) 499-1304

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I, Michael D. Hashim, Jr., certify that on Monday, December 6, 2004, counsel for the Plaintiff conferred by telephone with counsel for the Defendant, Keith A. Rabenberg, in a good faith attempt to resolve or narrow the issues presented by this Motion.   Mr. Rabenberg stated on December 6, 2004, that the Defendant had no objection to the Plaintiff's motion.

_____
Michael D. Hashim, Jr., Esq.

CERTIFICATE OF SERVICE

I, Michael D. Hashim, Jr., Esq., hereby certify that on this 7th day of Dec       , 2004, I caused the within Motion for Leave to Amend the Complaint to be served via First-Class Mail, postage prepaid, upon counsel for the Defendant:

Robert L. Kann, Esq.          Keith A. Rabenberg, Esq.
Bromberg & Sunstein, LLP      Senniger, Powers, Leavitt & Roedel
125 Summer Street             One Metropolitan Square
Boston, MA 02110-1618         16th floor
                              St. Louis, MO 63102

_____
Michael D. Hashim, Jr., Esq.

MDH,JR:lmg
Pine Cone Hill\motion to amend complaint

3