UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

DOCKET NO. 04-30047-MAP

PINE CONE HILL, INCORPORATED, )
    Plaintiff )
                             )
v.                          )
                             )
TRIAD CATALOG CO., L.L.C.     )
d/b/a SOFT SURROUNDINGS,      )
    Defendant )

## PLAINTIFF'S MOTION TO AMEND AND RE-SERVE PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PREVIOUSLY SERVED

Now comes the Plaintiff and requests that the Plaintiff be allowed to re-serve its First Request for Production of Documents as revised and amended, upon the Defendant despite the passing of the deadline for service of written discovery. The Defendant has no objection to this Motion.

In support of this motion, the Plaintiff states as follows:

1. This Court ordered that written discovery was to be served by October 31, 2004, which deadline was extended on Defendant's Motion to November 30, 2004, with the assent of the Plaintiff.

2. The Plaintiff served its First Request for Production of Documents upon the Defendant on September 14, 2004. The Request contained a typographical error in the "Definitions" portion of the Request which carried through to many of the

documents requested. (The Request erroneously defined "PCH quilt" the same as "Non-PCH quilt."

3. The Plaintiff seeks to re-serve the same Request for Production of Documents with the exception of correcting the definition of "PCH quilts" as set forth in the "Definitions" portion which precedes the Request for Production of Documents.

4. The Defendant will not be unduly burdened or prejudiced by this requested change since the Defendant has not yet provided the documents requested by the Plaintiff. Moreover, the revised Request for Production of Documents, with the exception of the change in the "Definitions" referenced in said Request, is the same as originally served.

5. The Plaintiff requests that the Pretrial Scheduling Order herein be amended to allow the Plaintiff to re-serve its First Request for Production of Documents with the corrected definition upon the Defendant. No further changes to the Pretrial Scheduling Order are necessary.

WHEREFORE, the Plaintiff requests that this Honorable Court allow the Plaintiff to re-serve its Request for Production of Documents as revised and amended.

Dated:    December 15, 2004

RESPECTFULLY SUBMITTED
THE PLAINTIFFS
By their attorneys,

_____
Michael D. Hashim, Jr., Esq.
BBO No. 225220
HASHIM & SPINOLA
82 Wendell Avenue
Pittsfield, MA 01201
Tel. (413) 499-1304

CERTIFICATE PURSUANT TO LOCAL RULE 7.1A(2)

I, Michael D. Hashim, Jr., counsel for the Plaintiff, Pine Cone Hill, Incorporated, hereby certifies that on December 14, 2004, in accordance with Local Rule 7.1A(2), counsel conferred with Keith Rabenberg, counsel for the Defendant, who stated he did not object to this motion.

_____
Michael D. Hashim, Jr., Esq.

CERTIFICATE OF SERVICE

I, Michael D. Hashim, Jr., Esq., hereby certify that on this 15th day of December, 2004, I caused the within Motion to Amend the Plaintiff's First Request for Production of Documents Previously Served to be served via First-Class Mail, postage prepaid, and via facsimile upon counsel for the Defendant:

3

| | |
|---|---|
| Robert L. Kann, Esq. | Keith A. Rabenberg, Esq. |
| Bromberg & Sunstein, LLP | Senniger, Powers, Leavitt & Roedel |
| 125 Summer Street | One Metropolitan Square |
| Boston, MA 02110-1618 | 16th floor |
| | St. Louis, MO 63102 |

_____
Michael D. Hashim, Jr., Esq.

MDH,JR:lmq
Pine Cone Hill\motion to amend 1st rpd

4