UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Docket No. 04-30047-MAP

| | |
|---|---|
| PINE CONE HILL, INCORPORATED,<br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>TRIAD CATALOG CO., L.L.C.<br>d/b/a SOFT SURROUNDINGS,<br>    Defendant and<br>    Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action, including all claims and counterclaims asserted therein, be dismissed with prejudice, the parties each to bear their own respective costs and attorney fees.

Dated: February 10, 2005

_____
Michael D. Hashim, Jr., Esq.
HASHIM & SPINOLA
82 Wendell Avenue
Pittsfield, MA 01201
Tel: 413-499-1304  Fax: 413-445-7852
BBO No. 225220
Attorney for Plaintiff/Counterclaim-Defendant

_____
Keith A. Rabenberg, Esq.
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
Tel: 314-231-5400  Fax: 314-231-4342
Attorney for Defendant/Counterclaimant